**Fill in this information to identify the case:**

Debtor name: AND GO CONCEPTS, LLC *, et al.*

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (If known): 26-90753

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PERFORMANCE FOOD GROUP INC 455 SOUTH 75TH AVENUE PHOENIX, AZ 85043 | | TRADE DEBTS | | | | $3,498,456.52 |
| 2 | HOWERTER, TAYLOR ADDRESS ON FILE | | LITIGATION | CUD | | | $743,375.75 |
| 3 | ARIZONA DEPARTMENT OF REVENUE PO BOX 29032 PHOENIX, AZ 85038-9032 | | TAXES | | | | $725,634.75 |
| 4 | BRINKS CAPITAL 1801 BAYBERRY COURT RICHMOND, VA 23226 | | TRADE DEBTS | | | | $242,649.94 |
| 5 | THE LOOMIS CORPORATION 17120 DALLAS PKWY STE 200 DALLAS, TX 75248 | | TRADE DEBTS | | | | $225,979.54 |
| 6 | ENGIE INSIGHT SERVICES, INC. 1313 N. ATLANTIC ST. STE 5000 SPOKANE, WA 99201 | | UTILITIES | | | | $214,854.03 |
| 7 | COOL WERX PO BOX #10819 GLENDALE, AZ 85318 | | TRADE DEBTS | | | | $214,364.66 |
| 8 | SCOUT JV I PERISHABLE HOLDINGS LLC 2001 ROSS AVE DALLAS, TX 75201 | | LEASE OBLIGATIONS | | | | $168,770.58 |
| 9 | 625 SOUTH 27TH AVE, LLC 172 SOUTH BROADWAY WHITE PLAINS, NY 10605 | PHONE: (914) 588-3378 | LEASE OBLIGATIONS | | | | $92,927.52 |
| 10 | BILLINGSLEY PROPERTY SERVICES II, INC. 1722 ROUTH STREET SUITE 770 DALLAS, TX 75201 | PHONE: (214) 270-1000 | LEASE OBLIGATIONS | | | | $71,077.36 |

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

Debtor  AND GO CONCEPTS, LLC_____     Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | LOCKTON INSURANCE BROKERS LLC PO BOX 802707 KANSAS CITY, MO 64180 | | PROFESSIONAL SERVICES | | | | $68,512.91 |
| 12 | OLO INC. TWO MANHATTAN WEST 375 NINTH AVENUE UNIT 1210 NEW YORK, NY 10001 | | TRADE DEBTS | | | | $67,513.54 |
| 13 | NCR-HSR DIV PO BOX 198755 ATLANTA, GA 30384 | | TRADE DEBTS | | | | $62,751.39 |
| 14 | NEVADA DEPARTMENT OF TAXATION ATTN COMMERCE TAX REMITTANCE PO BOX 51180 LOS ANGELES, CA 90051-5480 | | TAXES | | | | $53,714.74 |
| 15 | COLORADO MILLS, LLC PO BOX 1155 LAMAR, CO 81052 | | TRADE DEBTS | | | | $53,360.00 |
| 16 | ROLAND FOODS, LLC 70 WEST 23RD STREET NEW YORK, NY 10010 | | TRADE DEBTS | | | | $52,750.90 |
| 17 | ABART PROPERTIES CORPORATION 14614 N. KIERLAND BLVD, STE 340 SCOTTSDALE, AZ 85254 | | LEASE OBLIGATIONS | | | | $50,383.67 |
| 18 | SHI INTERNATIONAL CORP 290 DAVIDSON AVENUE SOMERSET, NJ 8873 | | TRADE DEBTS | | | | $48,853.25 |
| 19 | PATAGONIA FOOD GROUP, LLC 6090 WHITE OAK LN SAN LUIS OBISPO, CA 93401 | | TRADE DEBTS | | | | $47,493.60 |
| 20 | PORTIER, LLC 1725 3RD STREET SAN FRANCISCO, CA 94158 | | TRADE DEBTS | | | | $44,586.75 |
| 21 | QAD INC 1221 BRICKELL AVE STE 2110 MIAMI, FL 33131 | | TRADE DEBTS | | | | $42,682.63 |
| 22 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 | | TRADE DEBTS | | | | $36,811.87 |
| 23 | VESTIS SERVICES LLC PO BOX 731676 DALLAS, TX 75373 | | TRADE DEBTS | | | | $33,658.08 |
| 24 | LANG FAMILY MANAGEMENT COMPANY LLC 3696 NORTH FEDERAL HIGHWAY, SUITE 203 FORT LAUDERDALE, FL 33308 | | LEASE OBLIGATIONS | | | | $33,373.09 |
| 25 | ALCHEMY SYSTEMS LP 5301 RIATA PARK AUSTIN, TX 78727 | | TRADE DEBTS | | | | $30,009.19 |
| 26 | AMERICAN SOLUTIONS FOR BUSINESS 8479 SOLUTION CENTER CHICAGO, IL 60677-8004 | | TRADE DEBTS | | | | $28,949.77 |
| 27 | SOUTHWEST GENERAL DEVELOPMENT LLC 10229 N. SCOTTSDALE RD SUITE F SCOTTSDALE, AZ 85253 | CONTACT: LOUIS JOYCE GUIMET | LEASE OBLIGATIONS | | | | $28,358.48 |

Debtor  AND GO CONCEPTS, LLC_____
         Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 28  LIBERTY ALARM COMPANY<br>2552 E ENCINAS AVE<br>GILBERT, AZ 85234 | | TRADE DEBTS | | | | $24,862.74 |
| 29  CODA COFFEE COMPANY<br>1751 E 58TH AVE, STE B-3<br>DENVER, CO 80209 | | TRADE DEBTS | | | | $22,560.00 |
| 30  SERVICE MANAGEMENT GROUP, LLC<br>770 MARKET ST<br>FARMINGTON, MO 63640 | | TRADE DEBTS | | | | $22,540.90 |