**THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **And Go Concepts, LLC,** *et al.*, | § | **Case 26-90753 (ARP)** |
| | § | |
| **Debtors.** [1] | § | **(Jointly Administered)** |
| | § | |
| | § | |
| | § | |

**NOTICE OF FILING OF REVISED CASH MANAGEMENT ORDER**

**PLEASE TAKE FURTHER NOTICE** that on August 4, 2026, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Existing Cash Management System and (B) Maintain Existing Business Forms; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief* [Dkt. No. 7] (the "**Motion**")*.*

**PLEASE TAKE FURTHER NOTICE** that attached to the Motion was a proposed Interim Order and a proposed Final Order (together, the "**Orders**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Orders (the "**Revised Orders**"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Revised Orders against the Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

Dated: August 7, 2026                                        Respectfully submitted,
         Houston, Texas

/s/ Omar J. Alaniz
**REED SMITH LLP**                                          **REED SMITH LLP**
Omar J. Alaniz (24040402)                                  Amalia Sax-Bolder (*pro hac vice* pending)
Dylan T.F. Ross (24104435)                                 1900 Lawrence Street, Suite 2800
Haley B. Bray (24143584)                                   Denver, CO 80202
2850 N. Harwood Street, Suite 1500                         Telephone: 303.552.3800
Dallas, TX 75201                                           Fax:          303.552.3799
Telephone: 469.680.4200                                    E-mail:      asaxbolder@reedsmith.com
Fax:          469.680.4299
E-mail:      oalaniz@reedsmith.com
             dylan.ross@reedsmith.com
             hbray@reedsmith.com

*Proposed Counsel for Debtors and Debtors
in Possession*


### Certificate of Service

I certify that on August 7, 2026, a true and correct copy of the foregoing document was served by
the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District
of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors'
proposed claims, noticing, and solicitation agent.

                                                            /s/ Omar J. Alaniz
                                                            Omar J. Alaniz