# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
# Friday, August 7, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Omar | Alaniz | Reed Smith LLP | Debtor |
| Haley | Bray | Reed Smith LLP | And Go Concepts, LLC and its affiliated debtors. |
| Karl | Burrer | Greenberg Traurig, LLP | Boersma Bros. LLC |
| Gabrielle | Colson | Reed Smith LLP | Debtors |
| Ross | Fiedler | Kirkland & Ellis LLP | Brew Culture LLC |
| Christopher | Greco | Kirkland & Ellis LLP | Brew Culture LLC |
| Brian | Greer | Greenberg Traurig, LLP | Boersma Bros. LLC |
| Dylan | Jones | Reed Smith LLP | Debtors |
| Larry | Levick | Singer & Levick, PC | CL Magnolia Point TX , LP |
| Larry | Levick | Singer & Levick, PC | CL Cypress Creek Corner TX, LP |
| Leo | Muchnik | Greenberg Traurig, LLP | Boersma Bros. LLC |
| Jayson | Ruff | US DOJ | US Trustee |
| Amalia | Sax-Bolder | Reed Smith LLP | Debtor |