**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AND GO CONCEPTS, LLC, *et al.*,[1] | § § | Case No. 26-90753 (ARP) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") hereby files its appearance as counsel to Brew Culture LLC, and requests that all pleadings filed and notices given in this case be given and served to the following:

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T Greco, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:            cgreco@kirkland.com
                   ross.fiedler@kirkland.com

*Counsel to Brew Culture LLC*

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, written or

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC–Arizona Facilities, LLC (7507); AGC–North Texas Facilities, LLC (7091); and Garland New Market LLC (6838). The location of the Debtor's service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the above-referenced chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notice and Pleadings nor any subsequent appearance, pleading, claim, proof of claim, document, suit, or motion, nor any other writing or conduct, should be taken to constitute a waiver of any right of the Debtors: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference withdrawn by the United States District Court for the Southern District of Texas in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions, or defenses, setoffs, recoupments or other matters to which the Debtor is entitled under any agreements or at law or in equity or under the United States Constitution.

[<em>Remainder of Page Intentionally Left Blank</em>]

Dated:  August 10, 2026

/s/ Christopher T. Greco

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           cgreco@kirkland.com
                     ross.fiedler@kirkland.com


*Counsel to Brew Culture LLC*

3

## **Certificate of Service**

I certify that on August 10, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Christopher T. Greco*
Christopher T. Greco