United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |
| | § | |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE A
CONSOLIDATED LIST OF CREDITORS, (B) FILE A CONSOLIDATED
LIST OF THE 30 LARGEST UNSECURED CREDITORS, AND (C) REDACT
CERTAIN PERSONAL IDENTIFICATION INFORMATION; (II) APPROVING THE
FORM AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT
OF THESE CHAPTER 11 CASES; AND (III) GRANTING RELATED RELIEF**

Upon the emergency motion ("**Motion**")[2] of And Go Concepts, LLC and its debtor affiliates, as debtors and debtors in possession ( collectively, the "**Debtors**"), for entry of an order, (a) authorizing the Debtors to (i) file a consolidated creditor matrix in lieu of submitting separate mailing matrices for each Debtor (the "**Consolidated Creditors Matrix**"), and (ii) file a consolidated list of their 30 largest unsecured creditors (the "**Consolidated Top 30 Creditors List**"); (b) approving the form and manner of notifying creditors of commencement of the Chapter 11 Cases and the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code; and (c) granting related relief, each as more fully described in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding within the meaning of 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

§157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Debtors are authorized, but not directed, to file a Consolidated Creditor Matrix and a Consolidated Top 30 Creditors List.

2.      The Debtors are further authorized, but not directed, to redact the addresses and email addresses of individuals that are the Debtors' current and former employees, directors, interest holders, contractors, creditors, other parties in interest, and other individuals, as necessary, and any other information required to be redacted, to the extent applicable or required by law, listed on the Consolidated Creditors Matrix, the Consolidated Top 30 Creditors List, and other filings made in these chapter 11 cases to such individuals listed therein.  The Debtors shall provide, subject to applicable data privacy laws, an unredacted version of the Consolidated Creditors Matrix and the Consolidated Top 30 Creditors List  pursuant to this Order to (a) the Court, the U.S. Trustee, and counsel to the official committee of unsecured creditors appointed in these chapter 11 cases (if any), and (b) upon a request to the Debtors (email is sufficient) or to the Court that is reasonably related to these chapter 11 cases, any party in interest, provided that any receiving party shall not transfer or otherwise provide such unredacted document to any other person or entity. The Debtors shall inform the U.S. Trustee and the Court promptly after denying any request for an unredacted document pursuant to this Order.  The rights of all parties in these chapter 11 cases

to object to the relief set forth in this paragraph on a final basis, for any reason, including that the

Debtors have not satisfied their burden under section 107(c) of the Bankruptcy Code, are hereby

preserved.

3.     Within five (5) business days of the entry of this Order, the Debtors are authorized

to serve the Notice of Commencement substantially in the form attached hereto as **Exhibit 1**, on

all parties on the creditor matrix. Service of the Notice of Commencement shall be deemed

adequate and sufficient notice of: (a) the commencement of these Chapter 11 Cases and (b) the

scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such
Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are
satisfied by such notice.

4.     The Debtors, through their claims and noticing agent, are authorized to distribute

all pleadings and papers to parties in interest via email.

5.     The Debtors are authorized to take all such actions as are necessary or appropriate

to implement the terms of this Order.

6.     This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.


Signed: August 10, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

## **EXHIBIT 1**

### **Notice of Commencement**

| Information to identify the case: | | |
|---|---|---|
| Debtor:   And Go Concepts, LLC, *et al*. | EIN: | 45-2824415 |
| United States Bankruptcy Court for the Southern District of Texas | | |
| Case number: 26-90753 (ARP)] | Date case filed for chapter 11: August 4, 2026 | |

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

7.         **For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by visiting the court-appointed claims agent's website at https://restructuring.ra.kroll.com/AndGoConcepts

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.  **Debtor's full name: See chart below.**

    **List of Jointly Administered Cases**

| Jointly Administered Cases | Address | Case No. | Tax ID No. |
|---|---|---|---|
| And Go Concepts, LLC | 909 E. Broadway Rd., Tempe, AZ 85282 | 26-90753 | 45-2824415 |
| SAG Corporate Services LLC | 2610 McCree Road, Garland, TX 75041 | 26-90752 | 42-4220810 |
| AGC–Arizona Facilities, LLC | 625 S. 27th Avenue, Unit 140, Phoenix, AZ 85009 | 26-90754 | 93-4217507 |
| Garland New Market LLC | 2610 McCree Rd Garland, TX 75041 | 26-90756 | 93-4946838 |
| AGC–North Texas Facilities, LLC | 2610 McCree Road, Garland, TX 75041 | 26-90755 | 93-4207091 |
| AGC Holdco, LLC | 909 E. Broadway Rd., Tempe, AZ 85282 | 26-90758 | 81-4630294 |
| AGC Topco, LLC | 909 E. Broadway Rd., Tempe, AZ 85282 | 26-90757 | 41-2956845 |

2.   **All other names used in the last 8 years:**

| Debtor's Name | Other Names Used in the Last 8 Years |
|---|---|
| And Go Concepts, LLC | N/A |
| SAG Corporate Services LLC | N/A |
| AGC–Arizona Facilities, LLC | N/A |
| Garland New Market LLC | N/A |
| AGC–North Texas Facilities, LLC | N/A |
| AGC Holdco, LLC | **And Go Concepts Holdings, LLC** |
| AGC Topco, LLC | N/A |

3.  **Address: See chart above.**

4.  **Debtors' Attorney:**

**Reed Smith LLP**
Omar J. Alaniz, Esq. (OAlaniz@reedsmith.com)
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Telephone: (469) 680-4200
Fax: (469) 680-4299

**Reed Smith LLP**
Amalia Sax-Bolder (asaxbolder@reedsmith.com)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone:     303.552.3800
Fax:  303.552.3799

**Debtors' Claims and Noticing Agent**

If you have questions about this notice, please contact:

Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850
(844) 363-4734 (Toll-Free)
+1 (646) 701-5716 (International)

Email: AndGoConceptsInfo@ra.kroll.com

Website:
https://restructuring.ra.kroll.com/AndGoConcepts

5.  **Bankruptcy clerk's office**

Documents in this case may be filed at this address.
You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov or by visiting the court-appointed claims agent's website at: https://restructuring.ra.kroll.com/AndGoConcepts.

**P.O. Box 61010**
**Houston, TX 77208**

Hours open: Monday − Friday 8:00 AM − 5:00 PM CT
Contact phone (713) 250-5500

| 6. Meeting of creditors | [Date and Time to be determined], (Central Time) | Location: Telephonic |
|---|---|---|
| The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **The meeting of Creditors will be held by phone:**<br><br>**Please call: 1 (888) 330-1716**<br>**Participant Code: [_]** |

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | **Not yet set. If a deadline is set, the court will send you another notice.** |
|---|---|---|
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained by visiting the court- appointed claims agent's website at: https://restructuring.ra.kroll.com/AndGoConcepts http://www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as disputed, contingent, or unliquidated;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim, or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | Once the schedules are filed, you may review the schedules at the bankruptcy clerk's office or online for free at https://restructuring.ra.kroll.com/AndGoConcepts | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |

| 8. Exception to discharge Deadline | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint: [Date and time to be determined]** |

| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
|---|---|

| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Kroll Restructuring Administration LLC, via email by submitting an inquiry at AndGoConceptsInfo@ra.kroll.com**

**You may also find out more information at https://restructuring.ra.kroll.com/AndGoConcepts**