**Information to identify the case:**

Debtor:  And Go Concepts, LLC, *et al.*

EIN:  45-2824415

United States Bankruptcy Court for the Southern District of Texas

Case number: 26-90753 (ARP)

Date case filed for chapter 11: August 4, 2026

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

10/20

1.  **For each of the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by visiting the court-appointed claims agent's website at https://restructuring.ra.kroll.com/AndGoConcepts

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.  **Debtors' full names: See chart below.**

    **List of Jointly Administered Cases**

| Jointly Administered Cases | Address | Case No. | Tax ID No. |
|---|---|---|---|
| And Go Concepts, LLC | 909 E. Broadway Rd., Tempe, AZ 85282 | 26-90753 | 45-2824415 |
| SAG Corporate Services LLC | 2610 McCree Road, Garland, TX 75041 | 26-90752 | 42-4220810 |
| AGC–Arizona Facilities, LLC | 625 S. 27th Avenue, Unit 140, Phoenix, AZ 85009 | 26-90754 | 93-4217507 |
| Garland New Market LLC | 2610 McCree Rd Garland, TX 75041 | 26-90756 | 93-4946838 |
| AGC–North Texas Facilities, LLC | 2610 McCree Road, Garland, TX 75041 | 26-90755 | 93-4207091 |
| AGC Holdco, LLC | 909 E. Broadway Rd., Tempe, AZ 85282 | 26-90758 | 81-4630294 |
| AGC Topco, LLC | 909 E. Broadway Rd., Tempe, AZ 85282 | 26-90757 | 41-2956845 |

2.  **All other names used in the last 8 years:**

| Debtor's Name | Other Names Used in the Last 8 Years |
|---|---|
| And Go Concepts, LLC | **N/A** |
| SAG Corporate Services LLC | **N/A** |
| AGC–Arizona Facilities, LLC | **N/A** |
| Garland New Market LLC | **N/A** |
| AGC–North Texas Facilities, LLC | **N/A** |
| AGC Holdco, LLC | **And Go Concepts Holdings, LLC** |
| AGC Topco, LLC | **N/A** |

**3. Address: See chart above.**

**4. Debtors' Attorney:**

**Reed Smith LLP**
Omar J. Alaniz, Esq. (oalaniz@reedsmith.com)
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone: (469) 680-4200
Fax: (469) 680-4299

**Reed Smith LLP**
Amalia Sax-Bolder (asaxbolder@reedsmith.com)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: (303) 552-3800
Fax:  (303) 552-3799

**Debtors' Claims and Noticing Agent**

If you have questions about this notice, please contact:

Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850
(844) 363-4734 (Toll-Free)
+1 (646) 701-5716 (International)

Email: AndGoConceptsInfo@ra.kroll.com

Website:
https://restructuring.ra.kroll.com/AndGoConcepts

**5. Bankruptcy clerk's office**

Documents in this case may be filed at this address.

You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov or by visiting the court-appointed claims agent's website at: https://restructuring.ra.kroll.com/AndGoConcepts.

**P.O. Box 61010
Houston, TX 77208**

Hours open: Monday − Friday 8:00 AM − 5:00 PM CT
Contact phone (713) 250-5500

**6. Meeting of creditors**          **September 10, 2026 at 2:00 p.m. (Central Time)**          **Location: Telephonic**

The debtor's representative must attend the meeting to be questioned under oath.
Creditors may attend, but are not required to do so.

The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket.

**The meeting of Creditors will
be held by phone:**

**Please call: 1 (888) 330-1716
Participant Code: 7125797**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | **Not yet set. If a deadline is set, the court will send you another notice.** |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained by visiting the court- appointed claims agent's website at: https://restructuring.ra.kroll.com/AndGoConcepts http://www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as disputed, contingent, or unliquidated;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim, or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

Once the schedules are filed, you may review the schedules at the bankruptcy clerk's office or online for free at https://restructuring.ra.kroll.com/AndGoConcepts

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | |
|---|---|
| **8. Exception to discharge Deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint: [Date and time to be determined]** |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice.  Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  See 11 U.S.C. § 1141(d).  A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan.  If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the  deadline. |

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Kroll Restructuring Administration LLC, via email by submitting an inquiry at AndGoConceptsInfo@ra.kroll.com**

**You may also find out more information at https://restructuring.ra.kroll.com/AndGoConcepts**