**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| AND GO CONCEPTS, LLC ET AL., | § | CASE NO. 26-90753 (ARP) |
| | § | |
| DEBTORS.[1] | § | (JOINTLY ADMINISTERED) |

## NOTICE OF APPEARANCE

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Party in interest and creditor, EPC-CWNS B, LLC, (collectively "EPC"), by and through the undersigned counsel, files this Notice of Appearance and Request for Service of Notices and Pleadings in the above-captioned case, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 11 U.S.C. §§ 102(1), 342, and 1109(b), and requests that all notices and pleadings given or required to be served in these cases be provided to and served upon EPC by serving:

> Mark A. Castillo
>  markcastillo@ccsb.com
> Robert C. Rowe
>  rrowe@ccsb.com
> **CARRINGTON, COLEMAN, SLOMAN**
> **& BLUMENTHAL, L.L.P.**
> 2200 Ross Avenue, Suite 1800
> Dallas, TX  75201
> Telephone: 214-855-3000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC(7507); AGC-North Texas Facilities, LLC (7091); and Garland New Market LLC (6838). The location of the Debtors'service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax, electronic mail or otherwise made concerning the referenced case and proceedings herein.

This Notice of Appearance and Request for Service of Notices and Pleadings shall not be deemed or construed to be a waiver of the rights of EPC (1) to arbitration, whether by contractual right or otherwise; (2) alternatively, and without waiving any right to arbitration, to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (3) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which the above-named parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments EPC expressly reserves, or (4) actual or implied consent of EPC to entry of findings of fact or final orders by any U.S. Article I tribunal.

Date: August 12, 2026.

Respectfully submitted,

/s/ Mark A. Castillo
Mark A. Castillo
  Texas State Bar No. 24027795
Robert C. Rowe
  Texas State Bar No. 24086253
**CARRINGTON, COLEMAN, SLOMAN**
**& BLUMENTHAL, L.L.P.**
2200 Ross Avenue, Suite 1800,
Dallas, TX  75201
Telephone: 214-855-3000
Facsimile:  214-580-2641
Email: markcastillo@ccsb.com
       rrowe@ccsb.com

**Counsel for Creditor EPC-CWNS B, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties receiving ECF-Notice in this case, on August 12, 2026.

/s/ Mark A. Castillo
Mark A. Castillo