# EXHIBIT 1

## DIP

**And Go Concepts, LLC (dba Salad and Go)**
DIP Cash Flow Forecast
*(shown in USD)*

| | | | | |
|---|---|---|---|---|
| *Week Number -->* | 1 | 2 | 3 | |
| *Actual / Forecast -->* | *Forecast* | *Forecast* | *Forecast* | **Total** |
| *Week Start Date -->* | 8/17/2026 | 8/24/2026 | 8/31/2026 | 8/17/2026 |
| *Week Ending Date -->* | 8/21/2026 | 8/28/2026 | 9/4/2026 | 9/4/2026 |
| **Receipts** | | | | |
| Sales Receipts | - | - | - | - |
| Other Receipts | - | - | - | - |
| **Total Receipts** | **-** | **-** | **-** | **-** |
| **Operating Disbursements** | | | | |
| Cost of Goods Sold | - | - | - | - |
| Insurance | - | (68,513) | - | (68,513) |
| Rent | - | - | (1,824,966) | (1,824,966) |
| Technology & Software | - | - | (58,441) | (58,441) |
| Utilities | (250,000) | - | - | (250,000) |
| Payroll & Benefits | (195,331) | - | (288,633) | (483,965) |
| Sales Taxes | (613,717) | - | - | (613,717) |
| Other Operating Costs | (97,347) | (71,424) | (120,477) | (289,248) |
| **Total Operating Disbursements** | **(1,156,396)** | **(139,937)** | **(2,292,517)** | **(3,588,850)** |
| **Net Cash Flow from Operations** | **(1,156,396)** | **(139,937)** | **(2,292,517)** | **(3,588,850)** |
| **Non-Operating Disbursements** | | | | |
| Repair & Maintenance | - | (70,000) | (17,500) | (87,500) |
| Ordinary Course Professionals | (10,000) | (72,625) | (10,000) | (92,625) |
| WARN Act | (205,553) | - | (205,553) | (411,105) |
| Franchise & Ad Valorem Taxes | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - |
| **Total Non-Operating Disbursements** | **(215,553)** | **(142,625)** | **(233,053)** | **(591,230)** |
| **Net Cash Flow Before Restructuring** | **(1,371,948)** | **(282,562)** | **(2,525,570)** | **(4,180,080)** |
| **Restructuring Costs** | | | | |
| Ch. 11 Professional Fees | - | - | - | - |
| Ch. 11 Professional Fees - UCC | - | - | - | - |
| DIP Lender Professionals | - | - | - | - |
| US Trustee Fees | - | - | - | - |
| DIP Interest & Fees | - | - | - | - |
| Utility Deposits | - | (324,771) | - | (324,771) |
| PACA / PASA | - | - | (3,468,005) | (3,468,005) |
| **Total Restructuring Costs** | **-** | **(324,771)** | **(3,468,005)** | **(3,792,776)** |
| **Net Cash Flow** | **(1,371,948)** | **(607,333)** | **(5,993,575)** | **(7,972,856)** |
| **Liquidity Summary** | | | | |
| Beginning Cash Balance | 4,340,452 | 12,968,504 | 10,638,434 | 4,340,452 |
| Professional Fee Escrow - Net | - | (1,722,737) | (418,750) | (2,141,487) |
| DIP Advance / (Paydown) | 10,000,000 | - | - | 10,000,000 |
| Sale Proceeds | - | - | - | - |
| Net Cash Flow | (1,371,948) | (607,333) | (5,993,575) | (7,972,856) |
| **Ending Cash Balance - Book** | **12,968,504** | **10,638,434** | **4,226,109** | **4,226,109** |
| Float | | | | |
| **Ending Cash Balance - Bank** | **12,968,504** | **10,638,434** | **4,226,109** | **4,226,109** |
| Restricted Cash | 766,633 | 766,633 | 766,633 | 766,633 |
| **Available Cash** | **12,201,871** | **9,871,800** | **3,459,476** | **3,459,476** |
| DIP Loan Commitment | 20,000,000 | 20,000,000 | 20,000,000 | |
| DIP Loan Availability | 10,000,000 | 10,000,000 | 10,000,000 | |
| **Total Liquidity (Available Cash + DIP)** | **22,201,871** | **19,871,800** | **13,459,476** | |

**And Go Concepts, LLC (dba Salad and Go)**
Cash Flow Details - Professional Fees
*(shown in USD)*

| | | | | |
|---|---|---|---|---|
| *Week Number -->* | 1 | 2 | 3 | |
| *Actual / Forecast -->* | *Forecast* | *Forecast* | *Forecast* | |
| *Week Start Date -->* | 8/17/2026 | 8/24/2026 | 8/31/2026 | *Forecast* |
| *Week Ending Date -->* | 8/21/2026 | 8/28/2026 | 9/4/2026 | **3-week Total** |
| **Estimated Accrual of Professional Fees** | | | | |
| Reed Smith LLP | 187,500 | 187,500 | 150,000 | 525,000 |
| Stout Risius Ross, LLC | 143,750 | 143,750 | 118,750 | 406,250 |
| Okin Adams - DIP Lender Legal | 25,000 | 25,000 | 12,500 | 62,500 |
| UCC Counsel | - | - | 12,500 | 12,500 |
| Hilco Real Estate | - | - | 25,000 | 25,000 |
| Kroll Restructuring Administration LLC | 33,750 | 33,750 | 37,500 | 105,000 |
| KPMG - Tax Professionals | 40,684 | 40,684 | 62,500 | 143,869 |
| **Total Estimated Accrual of Professional Fees** | **430,684** | **430,684** | **418,750** | **1,280,119** |

| | | | |
|---|---|---|---|
| **Professional Fees Reconciliation** | | | |
| Beginning Balance | 861,369 | 1,292,053 | 1,722,737 |
| Accrual of Professional Fees | 430,684 | 430,684 | 418,750 |
| Disbursements | - | - | - |
| **Ending Balance** | **1,292,053** | **1,722,737** | **2,141,487** |

**Salad and Go**
Notes to DIP Cash Flow Forecast

***Notes:***

1) *This Interim 3-Week DIP Budget presents a $20.0M DIP Commitment. It assumes the capital will be treated as a DIP Facility with interest rate of 8% and applicable fees subject to Court Approval.*
2) *The Petition Date is August 4, 2026.*
3) *Beginning the 1st week of Ch. 11 filing, check disbursements will be recognized as cash outflow in the week in which they are distributed.*
4) *This DIP Budget assumes store closures on August 5, 2026 and that the main source of cash that will be used are the DIP funds.*
5) *The Company's receipts include the gross sales from each operating store location and a deposit of petty cash following closure of the stores.*
6) *Payroll & Benefits accounts for the reduced headcount as a result of the store closures. Included in the Payroll & Benefits is KEIP and KERP's as outlined in the KEIP and KERP motion and subject to Court Approval.*
7) *Sales tax is typically due on or around the 20th of each month, calculated at the applicable tax rate for the previous month's sales.*
8) *Other operating costs includes disbursements for board fees, decommissioning costs, A/P payments, and other de minimis, non-recurring operating expenses not otherwise categorized.*
9) *WARN Act costs reflect 21 salaried and 64 hourly employees (85 total) at ~$205.6K/week for 4 weeks (~$822K total).*
10) *Professional fees payment timing is subject to the interim compensation procedure. This DIP Budget includes the forecasted professional fees for the entirety of the case (i.e., 100% of estimated accrued fees) and is subject to change and further negotiations.*
11) *Estimated Accrual of Professional Fees will be funded weekly to an escrow account, resulting in a corresponding cash outflow. Therefore, these amounts are included in the liquidity summary for both budgeting and liquidity planning purposes. The amount presented in the liquidity summary is the net amount of estimated accrued fees and any fees paid out subject to the interim compensation procedures. Accrued professional fees excludes fees related to U.S. Trustee.*