**EXHIBT 3**

OKIN ADAMS BARTLETT CURRY LLP

Matthew S. Okin
mokin@okinadams.com
Edward A. Clarkson
eclarkson@okinadams.com
1113 Vine Street, Suite 240
Houston, Texas 77002

IMKER GROUP

Wessel Mijdam
Wessel.meijdam@imkergroup.com
Stadionplein 16, 1076 CM Amsterdam,