# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Tuesday, August 18, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Omar | Alaniz | Reed Smith LLP | Debtors' Counsel |
| Alex | Anderson | Reed Smith LLP | And Go Concepts, LLC |
| Mark | Bogdanowicz | Spencer Fane LLP | Abart Properties 55555, LLC |
| Karl | Burrer | Greenberg Traurig, LLP | Boersma Bros., LLC |
| Edward | Clarkson | Okin Adams, LLP | Rucio Investments |
| Scott | Fleischer | Saul Ewing LLP | Sahara 3D, LLC |
| Brian | Greer | Greenberg Traurig, LLP | Boersma Bros. LLC |
| Audrey | Hornisher | Clark Hill PLC | Andi and Chopin Property, LLC, DBS Properties Partnership, L.L.P. |
| Andrew | Jimenez | U.S. Department of Justice | United States Trustee |
| Leo | Muchnik | Greenberg Traurig, LLP | Boersma Bros. LLC |
| Matthew | Okin | Okin Adams Bartlett Curry LLP | Rucio Investment Sarl |
| Amalia | Sax-Bolder | Reed Smith LLP | And Go Concepts, LLC and Debtor affiliates |
| Michelle | Shriro | Singer & Levick, PC | Mckinney 75 Virginia LLC, Curbline Entities |