**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF (I) ADJOURNMENT OF HEARING ON (I) DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO IMPLEMENT (A) A KEY EMPLOYEE RETENTION PLAN AND (B) A KEY EMPLOYEE INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF AND (II) PARTIAL ADJOURNMENT ON DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING BIDDING PROCEDURES AND RELATED RELIEF, SOLELY WITH RESPECT TO THE DEBTORS' REQUEST FOR PRE-AUTHORIZATION OF BID PROTECTIONS**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Emergency Motion for Entry of an Order (i) Authorizing the Debtors to Implement (a) a Key Employee Retention Plan and (b) a Key Employee Incentive Plan and (ii) Granting Related Relief* [Docket No. 95] (the "KERP-KEIP Motion") was scheduled for **August 18, 2026 at 2:00 p.m**. **(Central Time)** before the Honorable Alfredo R. Perez, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk, Houston, TX 77022.

**PLEASE TAKE FURTHER NOTICE** that the reset hearing to consider the relief requested in the KERP-KEIP Motion has been adjourned to **August 26, 2026 at 10:30 a.m. (Central Time).**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Debtors' Motion for Entry of an Order (I)(A) Approving Bidding Procedures, (B) Scheduling Certain Dates and Deadlines, (C) Approving Stalking Horse Procedures, and (D) Approving the Form and Manner of Notice Thereof; (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Approving Abandonment and Disposition Procedures; and (III) Granting Related Relief [Docket No. 97] (the "**Bid Procedures Motion**") was scheduled for **August 18, 2026 at 2:00 p.m. (Central Time)**. The Court approved the Bid Procedures Motion on August 18, 2026 in all respects except that the Court reserved ruling on the Debtors' request for pre-authorization of bid protections. The hearing on the Debtors' request for pre-authorization of bid protections has been set for **August 26, 2026 at 10:30 a.m. (Central Time)**. Objections to the Debtors' request for pre-authorization of bid protections shall be filed no later than **August 25, 2026 at 4:00 p.m. (Central Time)**.

Dated: August 18, 2026
Houston, TX

Respectfully submitted

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
Dylan T.F. Ross (24104435)
Haley B. Bray (24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
dylan.ross@reedsmith.com
hbray@reedsmith.com

**REED SMITH LLP**
Amalia-Sax Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Proposed Counsel for Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, a true and correct copy of the above foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic service through same.

*/s/ Omar J. Alaniz*
Omar J. Alaniz