IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHER DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| And Go Concepts, LLC, *et al*., | Case No. 26-90753 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF DAVIS ENTERPRISES-INDIAN SCHOOL, LLC**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Alan A. Meda of the law firm of Burch & Cracchiolo, P.A., hereby enters his appearance in the above-captioned chapter 11 cases (the "Bankruptcy Cases") as attorney of record to landlord and creditor Davis Enterprises-Indian School, LLC. ("Davis Enterprises"). The undersigned requests that all notices and copies of all pleadings and documents should be transmitted to Davis Enterprises at the following address:

Alan A. Meda, Esq.
BURCH & CRACCHIOLO PA
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
602-234-8722
ameda@bcattorneys.com

This request encompasses all notices, copies and pleadings referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including, without limitation, notices of any order, motions, demand, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal,

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294).

written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect any interest of Davis Enterprises.

PLEASE TAKE NOTICER that Davis Enterprises does not intend that this Notice of Appearance and Request for Notice nor any later appearance, pleadings, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding so triable in this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which Davis Enterprises is entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 21st day of August 2026.

BURCH & CRACCHIOLO, P.A.

By: /s/ Alan A. Meda (Az Bar No. 009213)

Alan A. Meda
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
ameda@bcattorneys.com
Tel: 602-234-8797
*Attorneys for Davis Enterprises-Indian School, LLC*

CERTIFICATE OF SERVICE

I certify that on August 21st, 2026, I caused a copy of the foregoing document to be filed with the Court and served by the Electronic Case Filing System on those parties registered to receive electronic notice via the Court's CM/ECF.

/s/ Alan A. Meda
Alan A. Meda