**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **AND GO CONCEPTS, LLC**[1] | § | |
| | § | **Case No. 26-90753** |
| | § | |
| | § | |
| **DEBTORS.** | § | **(Jointly Administered)** |

**NOTICE OF APPOINTMENT OF OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| **Performance Food Group, Inc.**<br>12500 West Creek Pkwy<br>Richmond, VA 23238 | David Easton<br>(804) 380-4005<br>deaston@pfgc.com |
| **Cool Werx**<br>PO Box 10819<br>Glendale, AZ 85318 | Jerrod Class<br>(623) 341-1877<br>operations@azcoolwerx.com |
| **Colorado Mills, LLC**<br>PO Box 1155<br>505 E Hickory St.<br>Lamar, CO 81052 | Kent Wollert<br>(719) 336-8452<br>kent@comills.com |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); and Garland New Market LLC (6838). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

| | |
|---|---|
| **Abart Properties 5555, LLC**<br>11201 North Tatum Boulevard, Suite 325<br>Phoenix, AZ 85028 | Arthur J. Ferrari, Jr.<br>(480) 571-5281<br>tferrari@lineagecre.com |
| **Alchemy Systems, LP**<br>117 East Oak St., Ste 2A<br>Bozeman, MT 59715 | Annelise Ryden<br>ar@alchemysystems.com |
| **Sahara 3D, LLC**<br>c/o 3D Investments, LLC<br>468 N. Camden Drive, Suite 300<br>Beverly Hills, CA 90210 | Daniel F. Byron II<br>(310) 276-1290 x. 110<br>dbyron@3dinvestments.com |

Dated: August 24, 2026

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ *Jayson B. Ruff*
Jayson B. Ruff, Trial Attorney
U.S. Department of Justice
United States Trustee Program
Michigan Bar ID: P69893
Email: jayson.b.ruff@usdoj.gov
515 Rusk Street, Suite 3516
Houston, TX 77002
(713) 718-4662
(713) 718-4670 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on August 24, 2026.

/s/ *Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney