**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SET FOR EMERGENCY HEARING ON AUGUST 27, 2026, AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that a hybrid hearing to consider the following matter will be conducted on **August 27, 2026, at 1:00 P.M. (prevailing Central Time)** before the Honorable Alfredo R. Pérez at the Bob Casey United States Courthouse, 515 Rusk Avenue, Courtroom 400, Houston, Texas 77002:

## AGENDA MATTERS

1. *Debtors' Emergency Motion for Entry of an Order (i) Authorizing the Debtors to Implement (a) a Key Employee Retention Plan and (b) a Key Employee Incentive Plan and (ii) Granting Related Relief* [Dkt. No. 95].

   Status: Only the Key Employee Retention Plan is going forward. The Key Employee Incentive Plan will be adjourned to September 1, 2026 at 10:00 a.m. (prevailing Central Time) with the Court's permission.

2. Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Post-Petition Senior Secured Debtor-in-Possession Financing [Dkt. No. 148].

   Status: This matter is going forward.

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

3. *Debtors' Emergency Motion for Entry of an Order Approving Bulk Auction Procedures for Competitive Bidding Between Boersma Bros. LLC and Brew Culture, LLC* [Dkt. No. 169].

Status: This matter is going forward.

**Electronic Appearances**

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility by dialing the Court's regular dial-in telephone number **(832) 917-1510** and entering conference code **282694**. Video Participation is available by use of the GoToMeeting Platform. Connect via the GoToMeeting application or click the link on Judge Pérez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "JudgePerez". Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Attorneys, witnesses, and parties-in-interest wishing to participate in the Hearing must connect by audio communication. Any person who wishes to attend the Hearing may also dial in to the audio conference dial-in number. Each person who speaks at the Hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

Any exhibit offered by the Debtors will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtors. If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2. Witnesses may also appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the Hearing.

Dated: August 26, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
Haley B. Bray (24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
hbray@reedsmith.com

**REED SMITH LLP**
Amalia-Sax Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Proposed Counsel for Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on August 26, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

*/s/ Omar J. Alaniz*
Omar J. Alaniz