**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| And Go Concepts, LLC, *et al.*, | § | Case No. 26-90753 (ARP) |
| Debtors.[1] | § | (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 1, 2026, AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases hereby submits this witness and exhibit list and designates the following witnesses and exhibits in connection with the matters scheduled for hearing on **September 1, 2026 at 10:00 a.m. (prevailing Central Time)** (the "Hearing"):

**WITNESSES**

1. Any witnesses called or designated by the Debtors or any other party.
2. Any impeachment or rebuttal witnesses.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**EXHIBITS**

| Exhibit No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | All exhibits necessary for impeachment purposes. | | | | | | | |
| 2. | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| 3. | Any and all documents identified or offered by the Debtors or any other party. | | | | | | | |

**RESERVATION OF RIGHTS**

The Committee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. The Committee further reserves the right to supplement this list prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 28, 2025
Houston, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*<u>/s/ Charles R. Gibbs</u>*

Charles R. Gibbs
Texas Bar No. 07846300
Texas Tower
845 Texas Avenue, Suite 4000
Houston, TX 77002
Phone: (713) 653-1700
E-mail: crgibbs@mcdermottlaw.com

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen *(pro hac vice* pending*)*
Eric S. Chafetz *(pro hac vice* pending*)*
Gianfranco Finizio *(pro hac vice* pending*)*
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 262-6700
E-mail: jcohen@lowenstein.com
E-mail: echafetz@lowenstein.com
E-mail: gfinizio@lowenstein.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August 2026 a true and correct copy of the foregoing was served by the Court's CM/ECF system on all counsel of record registered in this case through CM/ECF.

*/s/ Charles R. Gibbs*
Charles R. Gibbs