**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF AGENDA OF MATTERS SET FOR EMERGENCY HEARING ON SEPTEMBER 1, 2026, AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that a hybrid hearing to consider the following matter will be conducted on **September 1, 2026, at 10:00 A.M. (prevailing Central Time)** before the Honorable Alfredo R. Pérez at the Bob Casey United States Courthouse, 515 Rusk Avenue, Courtroom 400, Houston, Texas 77002:

**AGENDA MATTERS**

1. *Amended Motion to Sell Material Assets in Debtors' Lease Portfolio Free and Clear of Liens as Described in Section 363(f)* [Dkt. No. 39]

   Status: This matter will be proceeding as a status conference only.

2. *Amended Emergency Motion for Entry of a Final Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System and (B) Maintain Existing Business Forms; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345 (b); and (III) Granting Related Relief* [Dkt. No. 170]

   Status: This matter is going forward.

3. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, or Enter Into New Insurance Policies and (C)*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

*Continue Their Workers' Compensation Program; and (II) Granting Related Relief* [Dkt. No. 14]

Status: This matter is going forward.

4. *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain PACA/PASA Vendors and Lien Claimants, (II) Directing Financial Institutions to Honor and Process Payments in Connection Therewith, and (III) Granting Related Relief* [Dkt. No. 10]

   Status: This matter is going forward.

5. *Debtors' Emergency Motion for Entry of (I) an Amended Order (A) Approving Auctions and Bidding Procedures, (B) Scheduling Certain Dates and Deadlines, (C) Approving Stalking Horse Procedures, (D) Approving Abandonment and Disposition Procedures and (E) Approving the Form and Manner of Notice Thereof; (II) An Order (A) Authorizing the Non-Bulk Sale of the Assets Free and Clear of All Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Dkt. No. 196]

   Status: This matter is going forward.

6. *Emergency Motion For Entry Of An Order (I) Authorizing The Debtors To Implement (A) A Key Employee Retention Plan And (B) A Key Employee Incentive Plan And (II) Granting Related Relief* [Dkt. No. 95]

   Status: Only the portion of the Motion related to the Key Employee Incentive Plan is going forward. The relief requested regarding the Key Employee Retention Plan was previously heard by the Court and the order was already entered.

**Electronic Appearances**

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility by dialing the Court's regular dial-in telephone number **(832) 917-1510** and entering conference code **282694**. Video Participation is available by use of the GoToMeeting Platform. Connect via the GoToMeeting application or click the link on Judge Pérez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "JudgePerez". Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Attorneys, witnesses, and parties-in-interest wishing to participate in the Hearing must connect by audio communication. Any person who wishes to attend the Hearing may also dial in to the audio conference dial-in number. Each person who speaks at the Hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

Any exhibit offered by the Debtors will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtors. If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2. Witnesses may also appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the Hearing.

Dated: August 31, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*

**REED SMITH LLP**
Omar J. Alaniz (24040402)
Haley B. Bray (24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
hbray@reedsmith.com

**REED SMITH LLP**
Amalia-Sax Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Proposed Counsel for Debtors and Debtors in Possession*