**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF BULK AUCTION RESULTS AND SUCCESSFUL BIDDER AND BACK-UP BIDDER**

**PLEASE TAKE NOTICE** that on August 31, 2026, the above-captioned debtors and debtors in possession (the "**Debtors**") conducted an Auction between Boersma Bros. LLC ("**Dutch Bros**") and Brew Culture, LLC ("**7 Brew**") to determine the Successful Bidder for the sale of the Purchased Assets pursuant to the Auction Procedures approved by the Court's Order (the "**Bid Procedures Order**") [Dkt. No. 199].

**PLEASE TAKE FURTHER NOTICE** that following the Bid Deadline, the Debtors, in a reasonable exercise of their business judgment, designated the bid submitted by 7 Brew as the Lead Bid.

**PLEASE TAKE FURTHER NOTICE** that, upon the commencement of the Auction, Dutch Bros determined not to submit a Topping Bid.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in a reasonable exercise of their business judgment, designated 7 Brew as the Successful Bidder at the conclusion of the Auction. The material terms of the Successful Bid are as follows:

- **Successful Bidder:** Brew Culture, LLC
- **Purchase Price:** As set forth in the asset purchase agreement dated August 25, 2026, between Brew Culture LLC, as buyer, and the Debtors, as sellers (the "**7 Brew APA**").[2] A true and accurate copy of the 7 Brew APA is attached hereto as **Exhibit A**.
- **Number of Sites:** Seventy-three (73) Sites (49 Group A Sites and 24 Group B Sites), as further identified on Schedules A and B to the 7 Brew APA.
- **Leases and Contracts Included in Successful Bid:** The Real Property Leases and other executory contracts and unexpired leases to be assumed and assigned to 7 Brew in connection with the Sale, as identified in the 7 Brew APA and related schedules.
- **Other Material Terms:** As set forth in the 7 Brew APA.
- **Back-Up Bidder:** Boersma Bros. LLC, as designated pursuant to the Auction Procedures Order, in accordance with the asset purchase agreement dated August 4, 2026, by and between Boersma Bros. LLC, as buyer, and the Debtors, as sellers (the "**Dutch Bros APA**"). A true and accurate copy of the Dutch Bros APA is attached to the *Debtors' Amended Motion for Entry of an Order (i) Approving the Sale of Material Assets of the Debtors' Leasehold Portfolio Free and Clear of Liens, Claims, Encumbrances, and Interests, (ii) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale, and (iii) Granting Related Relief* [Dkt. No. 39].

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Debtors' motion to assume and assign the leases and contracts identified in the attached schedule (the "**Assigned Agreements**") on **September 21, 2026, at 1:00 p.m. (prevailing Central Time)** (the "**Second Sale Hearing**"). The Debtors will deliver to counterparties by overnight mail a schedule of the amounts the Debtors believe are necessary to cure any defaults of the Assigned Agreements no later than September 2, 2026.

**PLEASE TAKE FURTHER NOTICE** that landlords and counterparties to the Assigned Agreements may request adequate assurance information from Robbie McLellarn

[2] Capitalized terms that are used but not defined herein shall have the meanings given to them in the *Order Approving Auction Procedures for Competitive Bidding Between Boersma Bros. LLC and Brew Culture, LLC*, and the attachments thereto (the "**Auction Procedures Order**") [Dkt. No. 199], or the 7 Brew APA, as applicable.

(RMcLellarn@reedsmith.com) and Josh Caldwell (jcaldwell@stout.com) (together, the "**Adequate Assurance Contacts**") within two (2) business days of the date of this Notice of Successful Bidder. The Adequate Assurance Contacts will deliver the materials to the requesting landlord (and its counsel, if known) within twenty-four (24) hours of receipt of the landlord's written request.

**PLEASE TAKE FURTHER NOTICE** that any objection to the assumption and assignment of the Assigned Agreements for any reason, including cure or adequate assurance objections, must be filed no later than **September 17, 2026, at 4:00 p.m. Central Time**.

Dated: August 31, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
Haley B. Bray (24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200

Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
hbray@reedsmith.com

**REED SMITH LLP**
Amalia Sax-Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Proposed Counsel for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on August 31, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

*/s/ Omar J. Alaniz*
Omar J. Alaniz