**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

## NOTICE OF FILING OF REVISED SECOND DAY ORDERS

**PLEASE TAKE NOTICE** that on August 26, 2026, the above captioned debtors and debtors in possession (the "**Debtors**") filed the Debtors' Amended Emergency Motion to Continue Using Their Cash Management System [Dkt. No. 170] (the "**Cash Management Motion**");

**PLEASE TAKE FURTHER NOTICE** that attached to the Cash Management Motion was a proposed order the ("**Amended Cash Management Order**");

**PLEASE TAKE FURTHER NOTICE** the Debtors have revised the Amended Cash Management Order (the "**Revised CM Order**"), a copy of which is attached hereto as **Exhibit A**;

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Revised CM Order against the Amended Cash Management Order, without attachments;

**PLEASE TAKE FURTHER NOTICE** that on August 5, 2026, the Debtors filed their Emergency Motion to Continue Insurance Programs [Dkt. No. 14] (the "**Insurance Motion**");

**PLEASE TAKE FURTHER NOTICE** that attached to the Insurance Motion was a proposed final order (the "**Insurance Order**");

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Insurance Order (the "**Revised Insurance Order**"), a copy of which is attached hereto as **Exhibit C**;

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is a redline of the Revised Insurance Order against the Insurance Order;

**PLEASE TAKE FURTHER NOTICE** that on August 5, 2026, the Debtors filed their Emergency PACA/PASA Motion [Dkt. No. 10] (the "**PACA/PASA Motion**");

**PLEASE TAKE FURTHER NOTICE** that attached to the PACA/PASA Motion was a proposed final order (the "**PACA/PASA Order**");

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the PACA/PASA Order (the "**Revised PACA/PASA Order**"), a copy of which is attached hereto as **Exhibit E**;

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit F** is a redline of the Revised PACA/PASA Order against the PACA/PASA Order.

Dated: September 1, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
Haley B. Bray (24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
hbray@reedsmith.com

**REED SMITH LLP**
Amalia-Sax Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Proposed Counsel for Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on September 1, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

*/s/ Omar J. Alaniz*
Omar J. Alaniz