# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Tuesday, September 1, 2026

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Omar | Alaniz | Reed Smith LLP | Debtors |
| Karl | Burrer | Greenberg Traurig, LLP | Boersma Bros. LLC |
| Eric | Chafetz | Lowenstein Sandler LLP | Official Committee of Unsecured Creditors |
| Gabrielle | Colson | Reed Smith LLP | And Go Concepts, LLC, et all (Debtors) |
| Will | Dorward | Singer & Levick, P.C. | CL Magnolia Point TX LP and McKinney 75 Virginia, LLC |
| Ross | Fiedler | Kirkland & Ellis LLP | Brew Culture LLC |
| Dylan | Jones | Reed Smith LLP | And Go Concepts, LLC, et al (Debtors) |
| Jayson | Ruff | US DOJ | US Trustee |
| Amalia | Sax-Bolder | Reed Smith LLP | And Go Concepts, LLC, et al (Debtors) |
| Clovis | Wong | Kelley Drye & Warren LLP | Performance Food Group, Inc. |