**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF PROPOSED SALE OF DEBTORS' LEASE PORTFOLIO AND RELATED ASSETS, BIDDING PROCEDURES, AUCTIONS, SALE HEARINGS, AND RELATED DEADLINES (NON-BULK)**

**PLEASE TAKE NOTICE** that on August 26, 2026, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the Bulk Auction Procedures Motion.[2] On August 28, 2026, the Court entered an order approving the Bulk Auction Procedures Motion (the "**Bulk Auction Procedures Order**") [Dkt. No. 240]. The **Bulk Sale Auction** between Dutch Bros and 7 Brew is governed by the "**Bulk Auction Procedures**" under the Bulk Auction Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that on August 27, 2026, the Debtors filed the Non-Bulk Bid Sale and Amended Bid Procedures Motion[3] and on August 16, 2026, the Court

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

[2] "**Bulk Auction Procedures Motion**" means the *Emergency Motion for Entry of an Order Approving Auction Procedures for Competitive Bidding Between Boersma Bros. LLC d/b/a Dutch Bros and Brew Culture, LLC d/b/a 7 Brew* [Dkt. No. 170]

[3] "**Non-Bulk Sale and amended Bid Procedures Motion**" means the *Debtors' <u>Emergency</u> Motion for Entry of (I) an <u>Amended</u> Order (A) Approving Bidding Procedures, (B) Scheduling Certain Dates and Deadlines, (C) Approving Stalking Horse Procedures, (D) Approving Abandonment and Disposition Procedures, and (E)Approving the Form and Manner of Notice Thereof; (II)(A) Authorizing the <u>Non-Bulk Sale</u> of the Assets Free and Clear of All Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and; and (III) Granting Related Relief* [Dkt. No. 97]

entered the Non-Bulk Bid Procedures Order,[4] by which the Court, among other things, (a) approved the "**Non-Bulk Bidding Procedures**" attached thereto as Exhibit 1; (b) authorized the Debtors to solicit bids for the purchase of the Debtors' assets; (c) scheduled the auctions for the Western Group Assets and the Central Group Assets (the "**Non-Bulk Auctions**") and related Non-Bulk Sale Hearings; and (d) approved the form and manner of this notice. The Non-Bulk Bid Procedures Order governs the Non-Bulk Auctions.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' available portfolio of unexpired nonresidential real property leases (collectively, the "**Lease Portfolio**"), and associated assets, including all furniture, fixtures, and equipment (collectively, "**FF&E**"), leasehold improvements, and other tangible personal property at each site (together with the applicable leases, the "**Purchased Assets**" as defined in the applicable asset purchase agreement), are being made available for sale through the following process:

(a) **Bulk Sale Auction**. The Debtors conducted the Bulk Sale Auction between Boersma Bros. LLC, an Oregon limited liability company d/b/a Dutch Bros (the "**Dutch Bros**") and Brew Culture, LLC, a Wyoming limited liability company d/b/a 7 Brew (the "**7 Brew**") pursuant to the Bulk Auction Procedures between Dutch Bros and 7 Brew for the Lease Portfolio (excluding key money leases with existing or pending deals and assets associated with the Debtors' central kitchen facilities). The Bulk Sale Auction was conducted in accordance with the Bulk Auction Procedures and the Bulk Auction Procedures Order, and 7 Brew was selected based on providing the highest or otherwise best bid. The non-prevailing Bidder will serve as the Back-Up Bidder, and the Back-Up Bidder's purchase agreement will remain in full force and effect during the sixty (60)-day

[4] "**Non-Bulk Bid Procedures Order**" means the *Amended Order (I)(A) Approving Bidding Procedures, (B) Scheduling Certain Dates and Deadlines, (C) Approving Stalking Horse Procedures, and (D) Approving the Form and Manner of Notice Thereof; (II)(A) Authorizing the Non-Bulk Sale of the Assets Free and Clear of All Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Approving Abandonment and Disposition Procedures; and (III) Granting Related Relief* [Dkt. No. 133]

Back-Up Bid period. A sale hearing is scheduled for on or about September 23, 2026, at 2:30 p.m. (Central Time) (the "**Bulk Sale Hearing**") before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, in Courtroom 400, 515 Rusk, Houston, TX 77002. Attached as **Exhibit A** are the leases in the Lease Portfolio that are subject to be purchased at the Bulk Sale Hearing, together with any Purchased Assets.

(b) **Non-Bulk Auctions**. Any leases in the Lease Portfolio that are not purchased at the Bulk Sale Auction will be subject to sale along with related assets at two subsequent auctions conducted pursuant to the Non-Bulk Bidding Procedures: (i) Auction 1, for the **Western Group Assets** (Arizona and Nevada), scheduled for September 30, 2026, at 10:00 a.m. (Central Time); and (ii) Auction 2, for the **Central Group Assets** (Texas and Oklahoma), scheduled for October 1, 2026, at 10:00 a.m. (Central Time). A sale hearing to approve the sales of the remaining assets to the Successful Bidder(s) at the Non-Bulk Auctions is scheduled for October 14, 2026, at 10:00 a.m. (Central Time) (the "**Non-Bulk Sale Hearing**") before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, in Courtroom 400, 515 Rusk, Houston, TX 77002. Attached as **Exhibit B** are the leases in the Lease Portfolio that are subject to be purchased at the Non-Bulk Sale Hearing, together with any Non-Bulk Sale Assets.

(c) The assets subject to the Non-Bulk Auctions include, but are not limited to remaining Purchased Assets after conclusion of the Bulk Sale, including: unexpired leases of non-residential real property and all rights thereunder; associated personal property, FF&E, and related tangible assets; intellectual property, including trademarks, trade names, recipes, proprietary systems, and goodwill; transferable permits, licenses, and governmental authorizations; and all other assets of the Debtors' estates not otherwise excluded (the "**Non-Bulk Sale Assets**"). The Non-Bulk Sale Assets do not include assets associated with the Debtors' central kitchen facilities. The same Bidding Procedures, deadlines, and requirements apply uniformly to both the Western Group

Assets and the Central Group Assets. No bidder may submit a bid that combines Central Group Assets with any Western Group Assets, or vice versa.

(d) If no competing Qualified Bids are received for Non-Bulk Sale Assets by the Non-Bulk Sale Bid Deadline, no applicable auction will be held for those Non-Bulk Sale Assets. In such event, the Debtors may seek approval of the applicable Successful Bid (including any Stalking Horse Bid) at the Non-Bulk Sale Hearing or may proceed to abandon or dispose of unsold goods and equipment pursuant to the abandonment and disposition procedures approved by the Non-Bulk Bidding Procedures Order.

(e) Parties interested in submitting a bid for any or all of either asset group should contact: (i) the Debtors' financial advisor, Stout Risius Ross, LLC, Attn: Douglas Brickley (dbrickley@stout.com); or (ii) proposed counsel to the Debtors, Reed Smith LLP, 2850 N. Harwood Street, Suite 1500, Dallas, TX 75201, Attn: Omar J. Alaniz (oalaniz@reedsmith.com) and Amalia Sax-Bolder (asaxbolder@reedsmith.com).

**Key Dates and Deadlines**

***Bulk Sale Track (Dutch Bros / 7 Brew Auction)***

- **August 31, 2026, at 10:00 a.m. CT:** Bulk Sale Auction between Dutch Bros and 7 Brew at the Houston office of Reed Smith LLP
- **On or before September 2, 2026:** Service of combined Supplemental Cure Notice by overnight mail to all landlords and counterparties not already noticed under the Bulk Sale Motion (Dkt. No. 39); fourteen (14) days from receipt to object
- **On or before September 16, 2026:** Objections to cure amounts, adequate assurance of future performance, assumption and assignment, or the sale for the Second Bulk Sale Hearing
- **On or about September 23, 2026, at 2:30 p.m. CT:** Bulk Sale Hearing - Approval of leases and contracts included in the Successful Bid (Houston, Courtroom 400, before Judge Pérez)

***Non-Bulk Auction Track (Western and Central Group Assets)***

- **On or before September 2, 2026:** Service of combined Supplemental Cure Notice by overnight mail to all landlords and counterparties not already noticed; fourteen (14) days from receipt to object; Distribution of Revised Auction Notice
- **September 3, 2026:** Form APA and data room materials available
- **September 9, 2026, at 5:00 p.m. CT:** Stalking Horse Letter of Intent deadline
- **September 14, 2026, at 5:00 p.m. CT:** Stalking Horse Agreement deadline
- **September 16, 2026:** Objection deadline for Supplemental Cure Notice recipients (14 days from receipt) — objections to cure amounts, adequate assurance of future performance, assumption and assignment, or the sale;
- **September 18, 2026:** Stalking Horse designation announcement
- **September 24, 2026, at 5:00 p.m. CT:** Bid Deadline (Qualified Bids due)
- **September 29, 2026:** Notification to Qualified Bidders
- **September 30, 2026, at 10:00 a.m. CT:** Auction 1 for the Western Group Assets (Arizona/Nevada) at the Houston office of Reed Smith LLP
- **October 1, 2026, at 10:00 a.m. CT:** Auction 2 for the Central Group Assets (Texas/Oklahoma) at the Houston office of Reed Smith LLP
- **October 14, 2026, at 10:00 a.m. CT:** Non-Bulk Sale Hearing (Houston, Courtroom 400, before Judge Pérez)

Any objections to the proposed sale(s) must (a) be in writing; (b) state with specificity the nature of the objection and the legal and factual basis therefor; (c) comply with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and applicable orders of the Court; and (d) be filed with the Court and served on the Bid Notice Parties so as to be actually received by the applicable deadlines set forth herein or in the Bulk Sale Motion and Non-Bulk Sale Motion:

**UNLESS AN OBJECTION IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY APPROVE THE SALE(S) OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO SECTION 363(f) OF THE BANKRUPTCY CODE, AND ANY PARTY FAILING TO TIMELY OBJECT MAY BE DEEMED TO HAVE CONSENTED TO THE SALE PURSUANT TO SECTION 363(f)(2) OF THE BANKRUPTCY CODE AND MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE.**

**FAILURE OF ANY COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE PROPOSED TO BE ASSUMED AND ASSIGNED TO TIMELY FILE AN OBJECTION TO CURE AMOUNTS, ADEQUATE ASSURANCE OF FUTURE PERFORMANCE, OR ASSUMPTION AND ASSIGNMENT SHALL CONSTITUTE SUCH COUNTERPARTY'S CONSENT THERETO AND A WAIVER OF ANY RIGHTS TO ASSERT ADDITIONAL CURE AMOUNTS OR OBJECT TO ASSUMPTION AND ASSIGNMENT.**

Dated: September 2, 2026
Houston, Texas

Respectfully submitted,

*<u>/s/ Omar J. Alaniz</u>*

**REED SMITH LLP**
Omar J. Alaniz (24040402)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com

**REED SMITH LLP**
Amalia Sax-Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Proposed Counsel for Debtors and Debtors in Possession*