**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF PROPOSED ASSUMPTION AND**
**ASSIGNMENT OF EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES AND PROPOSED CURE AMOUNTS**

**PLEASE TAKE NOTICE** that the Debtors are serving this Supplemental Cure Notice in connection with (i) the Second Amended Bulk Sale Motion; (ii) the Auction Procedures Motion; and (iii) the Bulk Bidding Procedures Order. This single notice covers certain leases and other assets that may be sold through either (a) the Bulk Sale Auction between Dutch Bros and 7 Brew, with the sale hearing on September 23, 2026, at 2:30 p.m. (Central Time) (the "**Bulk Sale Hearing**"); or (b) the subsequent Non-Bulk Sale Auctions for the Western Group and Central Group solely with respect to any leases and other assets not purchased at the Bulk Sale Auction, with a sale hearing on October 14, 2026, at 10:00 a.m. (Central Time) (the "**Non-Bulk Sale Hearing**").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Notice of Proposed Sale of Debtors' Lease Portfolio and Related Assets, Bidding Procedures, Auctions, Sale Hearings, and Related Deadlines* served on even date herewith (the "**Revised Auction Notice**"), the Bulk Bidding Procedures Order [Dkt. No. 133], the Auction Procedures Order [Dkt. No. 199], or the Bulk Sale Motion (as defined below), as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are filing this Supplemental Cure Notice and the Supplemental Cure Schedule attached hereto as **Exhibit A** to notify the landlords and counterparties identified on **Exhibit A** that the applicable leases and contracts may be assumed and assigned to Dutch Bros or 7 Brew in connection with the Bulk Sale Auction, or to the applicable Successful Bidder(s) at the Non-Bulk Sale Auction for the Western Group and Central Group, depending on the applicable sale process and outcome, and subject to approval by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this notice is being served on all applicable landlords, including landlords and counterparties previously noticed under the *Debtors' Amended Motion for Entry of an Order (I) Approving the Sale of Material Assets of the Debtors' Leasehold Portfolio Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Such Sale, and (III) Granting Related Relief* [Dkt. No. 39] (the "**Bulk Sale Motion**"). This Supplemental Cure Notice supplements the cure and assumption-and-assignment notice previously provided in connection with the Bulk Sale Motion but does not replace, narrow, supersede, or withdraw that notice, except as expressly stated herein. The fourteen (14)-day objection period provided by this Supplemental Cure Notice runs from each recipient's receipt of this notice solely with respect to any assets not subject to the Bulk Sale Motion as being sold to Dutch Bros. This Supplemental Cure Notice does not restart or alter any objection deadline or right of any landlord or counterparty previously noticed under the Bulk Sale Motion, and those parties will not receive a new fourteen-day objection period.

**PLEASE TAKE FURTHER NOTICE** that the Cure Amounts set forth on **Exhibit A** represent the Debtors' good-faith estimate of the amounts, if any, necessary to cure monetary defaults under the listed leases and contracts as required by section 365(b)(1)(A) of the Bankruptcy Code. The proposed Cure Amounts are subject to the rights of counterparties to object as set forth below. The identity of the Proposed Assignee and information regarding adequate assurance of future performance will be provided to affected counterparties following the conclusion of the applicable Auction or designation of a Successful Bidder. Adequate assurance information will include (a) the legal name of the Proposed Assignee; (b) financial statements for fiscal years 2024 and 2025 (or most recent available); (c) documentation regarding the Proposed Assignee's restaurant and/or retail experience; and (d) a summary of the Proposed Assignee's intended use of the premises.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of any lease or contract on **Exhibit A** does not itself require the Debtors to assume and assign such lease or contract. The Debtors expressly reserve all rights to withdraw any contract or lease from this notice, to exclude any contract or lease from any sale transaction, or to reject any contract or lease listed herein.

**PLEASE TAKE FURTHER NOTICE** that the First Bulk Sale Hearing to consider approval of the sale to the Successful Bidder and the assumption and assignment of leases and contracts included in the Successful Bid that were previously noticed under the Bulk Sale Motion, including the approximately sixty-five (65) original Dutch Bros leases and any additional leases and contracts included in the Successful Bid that were not previously noticed under the Bulk Sale Motion, will be held on **September 23, 2026, at 2:30 p.m. (Central Time)** before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that any leases not purchased at the Bulk Sale Auction will be subject to the Western Group auction for the Western Group Assets on September 30, 2026, and the Central Group auction for the Central Group Assets on October 1, 2026, under the Non-Bulk Bidding Procedures Order, with the Non-Bulk Sale Hearing on **October 14, 2026, at 10:00 a.m. (Central Time)** before the Honorable Alfredo R. Pérez in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

**Objection Procedures**

**PLEASE TAKE FURTHER NOTICE** that (a) with respect to any lease or contract listed on **Exhibit A** that is one of the approximately sixty-five (65) original Dutch Bros leases previously noticed under the Bulk Sale Motion, any objection to the proposed Cure Amounts, the proposed assumption and assignment, or any other issue relating to the assumption and assignment (other than an objection to adequate assurance of future performance, which is addressed below) must be filed and served by the applicable deadline previously provided in connection with the Bulk Sale Motion; and (b) with respect to any other lease or contract listed on **Exhibit A**, including any lease or contract for which notice is being provided for the first time, any objection to: (i) the proposed Cure Amounts; (ii) the proposed assumption and assignment of such lease or contract; or (iii) any other issue relating to the assumption and assignment of such lease or contract (other than an objection to adequate assurance of future performance, which is addressed below) must be filed with the United States Bankruptcy Court for the Southern District of Texas through the Court's CM/ECF system and served so as to be actually received by all required notice parties no later than September 16, 2026 (the "**Supplemental Cure Objection Deadline**"); provided that the required notice parties include counsel to the Debtors, counsel to Dutch Bros, counsel to 7 Brew, the Office

of the U.S. Trustee, counsel to any official committee of unsecured creditors, if appointed, the landlord or counterparty for the affected lease or contract, and any other party required by the Bulk Sale Motion, the Second Amended Bulk Sale Motion, the Auction Procedures Motion, or the Auction Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that any objection must state with specificity the legal and factual basis for the objection, including, if applicable, the amount the objecting party contends is necessary to cure any monetary defaults under the applicable lease or contract and the basis for such amount.

**PLEASE TAKE FURTHER NOTICE** that if no timely objection is filed and served by a landlord or counterparty receiving this Supplemental Cure Notice with respect to a lease or contract listed on **Exhibit A** by the Supplemental Cure Objection Deadline, that landlord or counterparty may be deemed to have: (a) consented to the Cure Amounts set forth on **Exhibit A**; (b) waived any right to assert any additional Cure Amount or monetary default existing as of the applicable assumption and assignment date; and (c) consented to the assumption and assignment of such lease or contract to Dutch Bros, 7 Brew, or the applicable Successful Bidder(s) at the Western Group or Central Group auction, subject to approval by the Bankruptcy Court. Any objection to adequate assurance remains subject to the separate deadline stated above. Landlords and counterparties previously noticed under the Bulk Sale Motion are not subject to this new fourteen-day period and retain their existing objection deadlines and rights.

**PLEASE TAKE FURTHER NOTICE** that requests for adequate assurance information must be directed in writing to Robbie McLellarn (RMcLellarn@reedsmith.com) and Josh Caldwell (jcaldwell@stout.com) (together, the "**Adequate Assurance Contacts**") not later than (2) business days of the filing of the notice of Successful Bidder. The Adequate Assurance Contacts

will collect adequate assurance information from the Successful Bidder (or applicable bidder) and deliver it to the requesting landlord (and its counsel, if known) within twenty-four (24) hours of receipt of the landlord's written request.

Following the August 31, 2026 Auction, a landlord or counterparty whose lease or contract is included in the Successful Bid and who was not previously noticed under the Bulk Sale Motion may request such information from the Adequate Assurance Contacts. Any objection to adequate assurance by a recipient of the Supplemental Cure Notice whose lease or contract is included in the Successful Bid for the Auction must be filed no later than September 16, 2026.

Landlords or counterparties whose leases are selected by the Successful Bidder(s) at a Non-Bulk Auction(s), shall have five (5) days from service of the applicable notice of auction results to object solely on grounds of adequate assurance of future performance regarding the applicable Successful Bidder.

Objections should be served on (i) proposed counsel to the Debtors, Reed Smith LLP, 2850 N. Harwood Street, Suite 1500, Dallas, TX 75201, Attn: Omar J. Alaniz (oalaniz@reedsmith.com) and Amalia Sax-Bolder (ASaxBolder@reedsmith.com); (ii) counsel to the Committee of Unsecured Creditors, Lowenstein Sandler LLP, Attn: Jeffrey Cohen (JCohen@lowenstein.com); (iii) counsel to the DIP lender, Attn: Michael Fishel (michael@FishelLawGroup.com); and (iv) the Office of the United States Trustee.

Dated: September 2, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*

**REED SMITH LLP**
Omar J. Alaniz (24040402)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com

**REED SMITH LLP**
Amalia Sax-Bolder (admission *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Proposed Counsel for Debtors and Debtors in Possession*