**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF STATUS CONFERENCE AND CONTINUED HEARING ON DEBTORS' SECOND AMENDED MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE BULK SALE OF ASSETS TO BREW CULTURE, LLC, THE SUCCESSFUL BIDDER, UNDER ITS FINAL PURCHASE AGREEMENT, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, AND (III) GRANTING RELATED RELIEF**

[Related Docket No. 283]

**PLEASE TAKE NOTICE** that on September 3, 2026, And Go Concepts, LLC, and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed their *Second Amended Motion for Entry of an Order (I) Approving the Bulk Sale of Assets to Brew Culture, LLC, the Successful Bidder, Under its Final Purchase Agreement, (II) Authorizing the Assumption and Assignment of Contracts and Leases, and (III) Granting Related Relief* [Dkt. No. 283], (the "**Bulk Sale Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors received various objections to the Bulk Sale Motion affecting certain of the leases contemplated to be sold thereunder (such leases the "**Disputed Leases**" and the unobjected to leases, the "**Undisputed Leases**").

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the relief requested in the Bulk Sale Motion previously scheduled for September 23, 2026, at 2:30 p.m. (Central Time), will now proceed as a status conference (the "**Status Conference**") as to the Undisputed Leases.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Bulk Sale Motion's Disputed Leases (the "**Hearing**") has been adjourned to **September 29, 2026, at 8:30 a.m. (prevailing Central Time)** before the Honorable Alfredo R. Perez, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk, Houston, TX 77022.

***Audio Communication***

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is **832-917-1510**. You will be responsible for your own long-distance charges. Judge Pérez's conference room number is 282694. Parties are encouraged to review the Court's procedures for telephonic appearances located at https://www.txs.uscourts.gov/page/bankruptcy-judges-procedures-schedules. Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

***Video Communication***

Any evidence and demonstrative exhibits will be offered by the Debtors from a remote location. Parties may participate in electronic hearings by use of an internet connection. The internet site is **www.goto.com**. A GoTo app is available for download to computers. It is recommended that you download the free GoTo app on each device that will be used to connect to a hearing. Connecting via web browser only may limit the availability of some GoTo features. Persons connecting by mobile device will need to download the free GoTo app. Once connected

to GoTo, a participant should enter the meeting code "**JudgePerez**". A participant can also connect using the link on Judge Pérez's homepage on the Southern District of Texas website. Once connected to GoTo, click the settings icon in the upper right corner and enter your name under the personal information setting.

The Debtors will file exhibits on the Court's docket for ease of reference. Any witness presented by the Debtors will appear via audio and video connection. Any person wishing to cross examine the witness will be permitted to do so during the Hearing. All documents filed in these chapter 11 cases may be obtained (a) for a fee by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein or (b) for free by visiting the Debtors' proposed claims, noticing, and solicitation agent's website at https://restructuring.ra.kroll.com/AndGoConcepts.

Dated: September 21, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
Haley B. Bray (24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
hbray@reedsmith.com

**REED SMITH LLP**
Amalia Sax-Bolder (*pro hac vice* pending)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Counsel for Debtors and Debtors in Possession*

**Certificate of Service**

I hereby certify that on September 21, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

*/s/ Omar J. Alaniz*
Omar J. Alaniz