UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re. And Go Concepts, LLC | § | Case No. 26-90753 |
| | § | |
| | § | Lead Case No. 26-90753 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2026

Petition Date: 08/04/2026

Months Pending: 1

Industry Classification: 7 2 2 5

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 36

Debtor's Full-Time Employees (as of date of order for relief): 1,214

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Francis P. Gallagher
Signature of Responsible Party

09/21/2026
Date

Francis P. Gallagher
Printed Name of Responsible Party

909 E. Broadway Rd. Tempe, AZ 85282
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name And Go Concepts, LLC Case No. 26-90753

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $442,718 | |
| b. | Total receipts (net of transfers between accounts) | $11,941,144 | $11,941,144 |
| c. | Total disbursements (net of transfers between accounts) | $2,363,229 | $2,363,229 |
| d. | Cash balance end of month (a+b-c) | $10,020,633 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $2,363,229 | $2,363,229 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $32,899 |
| c. | Inventory (Book ● Market ○ Other ○ (attach explanation)) | $0 |
| d | Total current assets | $474,866,143 |
| e. | Total assets | $588,410,637 |
| f. | Postpetition payables (excluding taxes) | $1,081,132 |
| g. | Postpetition payables past due (excluding taxes) | $179,124 |
| h. | Postpetition taxes payable | $-4,485 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $1,076,647 |
| k. | Prepetition secured debt | $10,311 |
| l. | Prepetition priority debt | $1,676,721 |
| m. | Prepetition unsecured debt | $7,992,056 |
| n. | Total liabilities (debt) (j+k+l+m) | $10,755,734 |
| o. | Ending equity/net worth (e-n) | $577,654,903 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $300,000 | $300,000 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $300,000 | $300,000 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $2,861,464 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $5,922 | |
| c. | Gross profit (a-b) | $2,855,542 | |
| d. | Selling expenses | $258,066 | |
| e. | General and administrative expenses | $4,982,324 | |
| f. | Other expenses | $1,669,889 | |
| g. | Depreciation and/or amortization (not included in 4b) | $447,206 | |
| h. | Interest | $-6,441 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $249,213 | |
| k. | Profit (loss) | $-4,744,715 | $-4,744,715 |

Debtor's Name And Go Concepts, LLC

Case No. 26-90753

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $249,213 | $249,213 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Reed Smith LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | Stout Risius Ross, LLC | Financial Professional | $0 | $0 | $0 | $0 |
| | iii | Kroll Restructuring | Other | $249,213 | $249,213 | $0 | $0 |
| | iv | KPMG | Other | $0 | $0 | $0 | $0 |
| | v | Hilco Real Estate | Other | $0 | $0 | $0 | $0 |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name And Go Concepts, LLC Case No. 26-90753

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name And Go Concepts, LLC Case No. 26-90753

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $47,441 | $47,441 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Gowar Financial Services, PLLC | Other | $47,441 | $47,441 | $0 | $0 |
| | ii | Colliers International Group In | Other | $0 | $0 | $0 | $0 |
| | iii | Liquidity Services, Inc. | Other | $0 | $0 | $0 | $0 |
| | iv | Kutak Rock LLP | Other | $0 | $0 | $0 | $0 |
| | v | Galbut Beabeau, P.C. | Other | $0 | $0 | $0 | $0 |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name And Go Concepts, LLC Case No. 26-90753

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name And Go Concepts, LLC Case No. 26-90753

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $296,654 | $296,654 | $0 | $0 |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $13,295 | $13,295 |
| d. | Postpetition employer payroll taxes paid | $25,653 | $25,653 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $-4,485 | $-4,485 |
| g. | Postpetition other taxes paid (local, state, and federal) | $40,391 | $40,391 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◉ No ○ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉ No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ◉ No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◉ No ○ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ◉ |
| i. | Do you have: Worker's compensation insurance? | Yes ◉ No ○ |
| | If yes, are your premiums current? | Yes ◉ No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉ No ○ |
| | If yes, are your premiums current? | Yes ◉ No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ◉ No ○ |
| | If yes, are your premiums current? | Yes ◉ No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉ No ○ |

Debtor's Name And Go Concepts, LLC Case No. 26-90753

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Francis P. Gallagher | Francis P. Gallagher |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CFO | 09/21/2026 |
| Title | Date |

Debtor's Name And Go Concepts, LLC Case No. 26-90753

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name And Go Concepts, LLC Case No. 26-90753

PageThree

PageFour

**Case Name: And Go Concepts, LLC**
Case No: 26-90753
Statement of Cash Receipts and Disbursements
*(shown in USD)*

**Part 1: Cash Receipts & Disbursements**

| | Aug-26 | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | And Go Concepts, LLC | AGC - Arizona Facilities, LLC | AGC - North Texas Facilities, LLC | AGC Holdco, LLC | AGC Topco, LLC | Garland New Market LLC | SAG Corporate Services LLC | August |
| **Receipts** | | | | | | | | |
| Sales Receipts | 1,086,953 | - | - | - | - | - | - | 1,086,953 |
| Other Receipts | 50,407 | - | - | - | 4,872 | - | - | 55,279 |
| DIP Advance / (Paydown) | 10,000,000 | - | - | - | - | - | - | 10,000,000 |
| Sale Proceeds / Key Money | 300,000 | - | - | - | - | - | - | 300,000 |
| Intercompany Transfers, net | 453,784 | 2,658 | - | - | (50,000) | - | - | 406,442 |
| **Total Receipts** | **11,941,145** | **2,658** | **-** | **-** | **(45,128)** | **-** | **-** | **11,898,674** |
| **Operating Disbursements** | | | | | | | | |
| Cost of Goods Sold | - | - | - | - | - | - | - | - |
| Insurance | 246,440 | - | - | - | - | - | - | 246,440 |
| Rent | - | - | - | - | - | - | - | - |
| Technology & Software | - | - | - | - | - | - | - | - |
| Utilities | 250,000 | - | - | - | - | - | - | 250,000 |
| Payroll & Benefits | 892,467 | 2,658 | - | - | - | - | - | 895,125 |
| Sales Taxes | 612,546 | - | - | - | - | - | - | 612,546 |
| Other Operating Costs | 16,845 | - | - | - | - | - | - | 16,845 |
| Repair & Maintenance | - | - | - | - | - | - | - | - |
| Ordinary Course Professionals | 20,160 | - | - | - | - | - | - | 20,160 |
| WARN Act | - | - | - | - | - | - | - | - |
| Franchise & Ad Valorem Taxes | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - | - | - | - |
| Ch. 11 Professional Fees | - | - | - | - | - | - | - | - |
| Ch. 11 Professional Fees - UCC | - | - | - | - | - | - | - | - |
| DIP Lender Professionals | - | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - | - |
| DIP Interest & Fees | - | - | - | - | - | - | - | - |
| Utility Deposits | 324,771 | - | - | - | - | - | - | 324,771 |
| PACA / PASA | - | - | - | - | - | - | - | - |
| Lease Assumption, Rejection, & Cure Fees | - | - | - | - | - | - | - | - |
| **Total Cash Disbursements** | **2,363,229** | **2,658** | **-** | **-** | **-** | **-** | **-** | **2,365,887** |

**Case Name: And Go Concepts, LLC**
**Case No: 26-90753**
Period: As of 8/23/2026
*(shown in USD)*

**Balance Sheet**

| | And Go Concepts, LLC | AGC - Arizona Facilities, LLC | AGC - North Texas Facilities, LLC | AGC Holdco, LLC | AGC Topco, LLC | Garland New Market LLC | SAG Corporate Services LLC |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash and Equivalents | $ 83,156,327 | $ (65,188,856) | $ (15,239,500) | $ - | $ - | $ 114,096 | $ - |
| Accounts Receivable | (1,274,396) | 2,192,590 | (5,326) | - | - | - | - |
| Inventory | - | (13,828) | - | - | - | - | - |
| Prepaids and Other Current | 3,837,207 | (584,834) | 986,445 | - | - | - | - |
| Intercompany Receivable | 389,147,006 | 188,089,904 | 183,419,621 | 81 | - | 18,726,983 | - |
| **Total Current Assets** | **$ 474,866,143** | **$ 124,494,976** | **$ 169,161,239** | **$ 81** | **$ -** | **$ 18,841,079** | **$ -** |
| Long Term Assets | 59,526,455 | 702,702 | 845,893 | - | - | 18,255,200 | - |
| PP&E | 81,997,036 | 16,894,086 | 79,565,434 | - | - | - | - |
| Accumulated Depreciation | (27,978,997) | (9,990,351) | (16,046,808) | - | - | - | - |
| **Total Assets** | **$ 588,410,637** | **$ 132,101,414** | **$ 233,525,758** | **$ 81** | **$ -** | **$ 37,096,279** | **$ -** |
| **LIABILITIES & EQUITY** | | | | | | | |
| **LIABILITIES** | | | | | | | |
| Accounts Payable | 8,384,854 | 532,446 | 211,446 | - | - | - | - |
| Wages Payable | 1,959,558 | 724,546 | 464,657 | - | - | - | - |
| Other Liabilities | 6,366,284 | 446,126 | 674,039 | - | - | 21,710 | - |
| **Intercompany Liabilities** | 370,609,975 | 155,448,775 | 216,776,776 | 81 | - | 36,547,988 | - |
| **Long Term Liabilities** | 138,851,390 | 488,387 | 31,346,088 | - | - | - | - |
| **Total Liabilities** | **$ 526,172,061** | **$ 157,640,280** | **$ 249,473,006** | **$ 81** | **$ -** | **$ 36,569,698** | **$ -** |
| **SHAREHOLDERS EQUITY** | | | | | | | |
| Common Stock | 607,562,945 | - | - | - | - | - | - |
| Retained Earnings | (484,783,194) | (25,538,866) | (44,608,086) | - | - | 526,581 | - |
| Other Equity | (60,541,176) | - | 28,660,837 | - | - | - | - |
| **Total Shareholders Equity** | **$ 62,238,575** | **$ (25,538,866)** | **$ (15,947,249)** | **$ -** | **$ -** | **$ 526,581** | **$ -** |
| **Total Liabilities and Equity** | **$ 588,410,637** | **$ 132,101,414** | **$ 233,525,758** | **$ 81** | **$ -** | **$ 37,096,279** | **$ -** |

**Case Name: And Go Concepts, LLC**
**Case No: 26-90753**
Period: July 27, 2026 - August 23, 2026
*(shown in USD)*

**Statement of Operations (Profit / Loss Statement)**

| | And Go Concepts, LLC | AGC - Arizona Facilities, LLC | AGC - North Texas Facilities, LLC | AGC Holdco, LLC | AGC Topco, LLC | Garland New Market LLC | SAG Corporate Services LLC |
|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | |
| Store Sales | 2,823,409 | - | - | - | - | - | - |
| **Total Revenue** | **2,823,409** | **-** | **-** | **-** | **-** | **-** | **-** |
| **COST OF GOODS SOLD** | | | | | | | |
| Cost of Goods Sold | 5,922 | 782,093 | - | - | - | - | - |
| Store Clearing | - | 1,844,616 | - | - | - | - | - |
| **Total Cost of Goods Sold** | **5,922** | **2,626,709** | **-** | **-** | **-** | **-** | **-** |
| **Gross Profit** | **2,817,487** | **(2,626,709)** | **-** | **-** | **-** | **-** | **-** |
| **OPERATING EXPENSES** | | | | | | | |
| Labor | 1,936,794 | 388,023 | - | - | - | - | - |
| Sales & Marketing | 257,158 | 228 | - | - | - | - | - |
| Donations | 907 | - | - | - | - | - | - |
| Travel and Entertainment | 4,159 | (278) | - | - | - | - | - |
| Communication | 17,209 | 3,393 | - | - | - | - | - |
| Contracted Services | 84,502 | 21,512 | - | - | - | - | - |
| Technology | 340,922 | 6,712 | - | - | - | - | - |
| Employee Expense | 4,378 | (159) | - | - | - | - | - |
| Supplies & Equipment | 53,933 | 14,326 | - | - | - | - | - |
| Vehicles | 3,407 | (4,415) | - | - | - | - | - |
| Repairs & Maintenance | 189,027 | 27,378 | - | - | - | - | - |
| Outside Services | 1,340,817 | - | - | - | - | - | - |
| Insurance | 15,812 | - | - | - | - | - | - |
| Other Operating Expense | 75,929 | - | - | - | - | - | - |
| Utilities | 126,118 | 59,995 | - | - | - | - | - |
| Occupancy | 1,038,532 | 41,839 | (11,631) | - | - | - | - |
| **Total Operating Expenses** | **5,489,603** | **558,552** | **(11,631)** | **-** | **-** | **-** | **-** |
| **Net Ordinary Income** | **(2,672,116)** | **(3,185,262)** | **11,631** | **-** | **-** | **-** | **-** |
| **OTHER INCOME** | | | | | | | |
| Other Income | 38,056 | - | - | - | - | - | - |
| Interest Income | 6,450 | - | - | - | - | - | - |
| **Total Other Income** | **44,505** | **-** | **-** | **-** | **-** | **-** | **-** |
| **OTHER EXPENSES** | | | | | | | |
| Depreciation & Amortization | 447,206 | 126,860 | 459,899 | - | - | - | - |

**Case Name: And Go Concepts, LLC**
**Case No: 26-90753**
Period: 8/5/2026 - 8/31/2026
*(shown in USD)*

| Summary of Payments to Insiders | | | | | |
|---|---|---|---|---|---|
| **Insider Name** | **Paid Date** | | **Paid Amount** | **Reasoning** | **Debtor** |
| Adiza Fraser | 8/7/2026 | $ | 13,461.54 | Salary | And Go Concepts, LLC |
| Francis P. Gallagher | 8/7/2026 | $ | 13,461.54 | Salary | And Go Concepts, LLC |
| Michael Tattersfield | 8/7/2026 | $ | 17,307.70 | Salary | And Go Concepts, LLC |
| Thomas Carusona | 8/7/2026 | $ | 13,461.54 | Salary | And Go Concepts, LLC |
| William Martens III | 8/7/2026 | $ | 13,461.54 | Salary | And Go Concepts, LLC |
| Michael Tattersfield | 8/17/2026 | $ | 851.57 | Expense reimbursement | And Go Concepts, LLC |
| Thomas Carusona | 8/17/2026 | $ | 777.57 | Expense reimbursement | And Go Concepts, LLC |
| William Martens III | 8/17/2026 | $ | 936.06 | Expense reimbursement | And Go Concepts, LLC |
| Adiza Fraser | 8/21/2026 | $ | 13,461.54 | Salary | And Go Concepts, LLC |
| Francis P. Gallagher | 8/21/2026 | $ | 13,461.54 | Salary | And Go Concepts, LLC |
| Michael Tattersfield | 8/21/2026 | $ | 17,307.70 | Salary | And Go Concepts, LLC |
| Thomas Carusona | 8/21/2026 | $ | 13,461.54 | Salary | And Go Concepts, LLC |
| William Martens III | 8/21/2026 | $ | 13,461.54 | Salary | And Go Concepts, LLC |
| **Total Insider Payments** | | **$** | **144,872.92** | | |

**Case Name: And Go Concepts, LLC**
**Case No: 26-90753**
Period: 8/5/2026 - 8/31/2026

**Notes to Monthly Operating Report**

| MOR Part | Note: |
|---|---|
| Part 1 | The cash receipts and disbursements present the activity for 8/5/2026 – 8/31/2026.<br><br>Please note that adequate assurance deposits have been excluded from Part 1: Cash Receipts and Disbursements. Additionally, intercompany transfers have been excluded from the disbursements line but the inflows/outflows are netted in the receipts line. |
| Part 2 | The Debtors operate on a fiscal calendar of twelve periods, rather than a monthly fiscal calendar. The period covered by the part of the MOR is through the Debtors ordinary course end of the period, August 23, 2026. As such, the Balance Sheet presented is as of that date rather than August 31, 2026.<br><br>On Part 2, the accounts receivable and post-petition payables reflect the data provided in the aging schedules as of August 31, 2026. As a result of this, lines a through e of Part 2 do not reconcile to the corresponding line items on the Balance Sheet exhibit.<br><br>The Debtors accounting team is continuing to reconcile post-petition payables. |
| Part 3 | Date of the sale or transfer: 8/12/2026<br>Description of the asset sold or transferred: The Debtors received Key Money for Store No. 1611 located at 13500 N Rockwell Ave. Oklahoma City, OK 73142.<br>Gross sales price: $300,000.00 |
| Part 4 | The Debtors operate on a fiscal calendar of twelve periods, rather than a monthly fiscal calendar. The period covered by this part of the MOR is from July 27, 2026 through the Debtors ordinary course end of the period, August 23, 2026. |
| Part 7, Question B | Engie Impact, the Debtors' third-party utilities administrator, inadvertently remitted approximately $77,559.90 in pre-petition amounts on the Debtors' behalf. The Debtors are working to reconcile these payments and, to the extent necessary, will pursue recovery, including through demand letters seeking return of the funds. |
| Part 7, Question G | The Debtors, upon entry of an Order (see Docket No. 198), are authorized to obtain senior secured postpetition financing (the "DIP Facility") consisting of delayed-draw term loans (the "DIP Term Loans") in a principal amount not to exceed $20,000,000 (the "DIP Commitment") provided by Twelve Bridge Capital LLC (the "DIP Lender"). In August, the Debtors drew $10,000,000 in funds from the DIP Facility. |