**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

# NOTICE OF INTENT TO ADDUCE REMOTE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by And Go Concepts, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**").

2. This Notice pertains to the matters scheduled for hearing in this case on September 29, 2026, at 8:30 a.m. (Central Time) (the "**Hearing**").

3. The Debtors may call the following witnesses to testify at the Hearing by telephone and video technology:

(i) Francis P. Gallagher;

(ii) Douglas J. Brickley; and

(iii) Wessel Meijdam.

4. **Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.**

5. This Notice may be withdrawn or amended at any point prior to the Hearing.

Dated: September 22, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
Haley B. Bray (24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
hbray@reedsmith.com

**REED SMITH LLP**
Amalia Y. Sax-Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Counsel for Debtors and Debtors in Possession*

## Certificate of Service

I certify that on September 22, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

*/s/ Omar J. Alaniz*
Omar J. Alaniz