**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AND GO CONCEPTS, LLC, *et al.*,[1] | ) | Case No. 26-90753 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 283** |

**DECLARATION OF PURCHASER REPRESENTATIVE BRIAN CORNYN IN SUPPORT OF THE DEBTORS' SECOND AMENDED MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE BULK SALE OF ASSETS TO BREW CULTURE, LLC, THE SUCCESSFUL BIDDER, UNDER ITS FINAL PURCHASE AGREEMENT, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, AND (III) GRANTING RELATED RELIEF**

In accordance with 28 U.S.C. § 1746, I, Brian Cornyn, hereby declare as follows:

1. I am the Chief Financial Officer of Brew Culture, LLC ("7 Brew"). I am over twenty-one years of age and make this declaration based on my personal knowledge and participation in 7 Brew's efforts to purchase certain assets from And Go Concepts, LLC and its affiliated debtors (collectively, the "Debtors"). I am competent to testify to the factual statements made herein. I make this declaration in support of the *Debtors' Second Amended Motion for Entry of an Order (I) Approving the Bulk Sale of Assets to Brew Culture, LLC, the Successful Bidder, Under Its Final Purchase Agreement, (II) Authorizing the Assumption and Assignment of*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

*Contracts and Leases, and (III) Granting Related Relief* [Docket No. 283] (the "Motion"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. In my role as Chief Financial Officer at 7 Brew, I am aware of and have been involved in the negotiation to purchase certain of the Debtors' lease assets (the "Acquisition") pursuant to that certain asset purchase agreement between the Debtors as the Seller and 7 Brew as the Buyer, dated August 25, 2026 (as amended or supplemented from time to time, the "APA").

3. 7 Brew submitted its bid, participated in the auction, and negotiated, drafted, and entered into the APA and all related agreements and schedules without collusion or any undisclosed agreements or benefits, in good faith, and on an arm's-length basis.

4. 7 Brew and the Debtors were each represented by separate and independent legal counsel and financial advisors, as applicable (specifically, Kirkland & Ellis LLP and Friday Eldredge & Clark, LLP for 7 Brew; and Reed Smith LLP and Stout Risius Ross, LLC for the Debtors) in connection with the bid, the auction, and the negotiation, and drafting of the APA and all related documents and agreements.

5. It is my understanding that at the close of the auction on August 31, 2026, the Debtors declared 7 Brew as the prevailing bidder (the "Successful Bidder") with a winning bid that the Debtors valued at $143,177,777.77 in cash ($124,777,777.77 for the Group A Sites and $18,400,000.00 for the Group B Sites)[2] (the "Successful Bid").

6. Following the auction, 7 Brew and the Debtors amended the APA to remove certain leases in accordance with the APA, commensurately reducing the purchase price to $123,452,384.02.

---

2 *See* Motion, ¶ 2.

7. 7 Brew is a Wyoming limited liability company and is the direct parent company of Brew Culture Franchise, LLC, a Wyoming limited liability company that serves as the franchisor of the 7 BREW® system ("Franchisor"). The 7 BREW® system is one of the fastest-growing beverage chains in the United States, with over 900 locations operating in 38 states.

8. Under the terms of the APA, 7 Brew will owe the Debtors approximately $123,452,384.02 and will assume obligations on account of the Acquisition consistent with the APA. 7 Brew has sufficient liquidity to satisfy its obligations under the APA to both the Debtors (as the Seller thereunder) and all contract counterparties for contracts and liabilities assumed by the Debtors and assigned to 7 Brew.

9. I understand that the Debtors provided certain adequate assurance materials to contract counterparties. Certain of those adequate assurance materials provide financial statements for Franchisor. The cash at Franchisor is unencumbered. 7 Brew has unfettered access to the unencumbered cash at Franchisor. Additionally, 7 Brew has access to additional unencumbered cash and financial resources in an amount no less than what is necessary close the sale and satisfy all its obligations under the APA.

Pursuant to section 1746 of title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct.

Date: September 28, 2026

*/s/ Brian Cornyn*
Brian Cornyn
September 28, 2026