**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF SELECTION OF**
**STALKING HORSE BIDDER FOR GROUP B NON-BULK ASSETS**

**PLEASE TAKE NOTICE** that on September 1, 2026, the Court entered the *Amended Order (A) Approving Auctions and Bidding Procedures, (B) Scheduling Certain Dates and Deadlines, (C) Approving Stalking Horse Procedures, (D) Approving Abandonment and Disposition Procedures and (E) Approving the Form and Manner of Notice Thereof; (II) An Order (A) Authorizing the Non-Bulk Sale of the Assets Free and Clear of All Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 240] (the "**Non-Bulk Sale Bidding Procedures Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that on September 25, 2026, pursuant to and in accordance with the Non-Bulk Sale Bidding Procedures, the Debtors selected Boersma Bros. LLC ("**Dutch Bros**" or the "**Stalking Horse Bidder**") to act as the Stalking Horse Bidder for certain of the Non-Bulk Assets (the "**Group B Assets**").

**PLEASE TAKE FURTHER NOTICE** that the Dutch Bros Stalking Horse Agreement, including exhibits that identify, among other things, the Group B Assets, is attached hereto as **Exhibit A**. The Purchase Price for the Group B Assets proposed to be sold to Dutch Bros is $4,000,000.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** are revised bidding procedures for the Non-Bulk Assets.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Non-Bulk Sale Bidding Procedures Order or the Stalking Horse Agreement, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Stalking Horse Bidder reserve all of their rights to amend, modify, change, revise or otherwise alter in any respect the Dutch Bros Stalking Horse Agreement in accordance with the terms of the Dutch Bros Stalking Horse Agreement and the Non-Bulk Sale Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://restructuring.ra.kroll.com/AndGoConcepts, by calling (844) 363-4734 (U.S. toll-free) or +1 (646) 701-5716 (international). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: September 28, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
Haley B. Bray (24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
hbray@reedsmith.com

*Counsel for Debtors and Debtors in Possession*

**REED SMITH LLP**
Amalia Y. Sax-Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com