IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| And Go Concepts, LLC, *et al.*, | § | Case No. 26-90753 (ARP) |
| | § | |
| Debtors. [1] | § | (Jointly Administered) |
| | § | |

**STIPULATION AND AGREED ORDER**
**FOR RELIEF FROM AUTOMATIC STAY**

**WHEREAS**, And Go Concepts, LLC, doing business under the trade name Salad and Go (the "**Company**" or "**Debtor**"), is a debtor in the above-captioned Chapter 11 Cases pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division; and

**WHEREAS**, State of Arizona ex rel. Jennifer Toth, Director, Department of Transportation (**"State of Arizona"**) is a sovereign state and interested party to the above-captioned cases; and

**WHEREAS**, State of Arizona commenced two eminent domain proceedings in the superior court in Maricopa County, Arizona (the "**Superior Court**"), to improve the Bob Stump Memorial Parkway, State Route 303, and to construct necessary safety improvements to the roads connected thereto, in which Debtor is a party: *State v. HH-Laveen Lot 2, LLC, et*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

*al.*, Case No. CV2024-015057, on June 12, 2024, and *State v. BLKCoffee Properties LLC, et al.*, Case No. CV2025-011346, on March 31, 2025 (the **"State Eminent Domain Cases"**); and

**WHEREAS**, the State Eminent Domain Cases involve a shopping center within which Debtor holds a ground lease and possesses certain property interests granted to tenants through the Declaration of Commercial Covenants, Conditions, Restrictions and Easements (**"CC&Rs"**) such as cross-access easements and for ingress and egress through driveways; and

**WHEREAS**, State of Arizona in the State Eminent Domain Cases seeks to acquire from Debtor only portions of Debtor's property interests bestowed by the CC&Rs for improvements to the Parkway—namely, State of Arizona will close two of four driveways at the shopping center on land owned by HH-Laveen Lot 2, LLC, and BLKCoffee Properties LLC—and State of Arizona does not seek to acquire any land or conduct any activity on the land subject to Debtor's ground lease; and

**WHEREAS**, State of Arizona was granted immediate possession by the court in the State Eminent Domain Cases on August 20, 2024, in Case No. CV2024-015057, and on May 8, 2025, in Case No. CV2025-011346; and the cases were consolidated by Order dated August 4, 2025; and on August 10, 2026, the Superior Court issued a minute entry "staying all proceedings" and placing the case on the Dismissal Calendar unless, *inter alia*, the State moves to lift the stay in the above-captioned bankruptcy matter before February 10, 2027; and

**WHEREAS**, upon settlement or judgment in the State Eminent Domain Cases,

Debtor will be paid just compensation in the State Eminent Domain Cases for the value, if any, of the acquired property interests;

**NOW, THEREFORE**, it is stipulated by the parties and upon approval by the Bankruptcy Court, ordered that:

1. The automatic stay imposed by section 362 of the Bankruptcy Code is lifted solely for the limited purpose of permitting the State of Arizona to continue and prosecute the State Eminent Domain Cases, CV2024-015057 and CV2025-011346, in the Maricopa County Superior Court of Arizona, and acquire property rights.

2. Nothing in this Order shall constitute a waiver or release of any claims, rights, or defenses that any party may have against the other arising under or in connection with the State Eminent Domain Cases.

3. This Court retains jurisdiction to enforce the terms of this Stipulation and Agreed Order.

DATED: ________________, 2026

______________________________________

THE HONORABLE ALFREDO R. PÉREZ

UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted this 2nd day of October, 2026.

**REED SMITH LLP**

*/s/ Omar J. Alaniz*
OMAR J. ALANIZ
SBN: 24036866
2850 N. Harwood Street Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
Email: OAlaniz@reedsmith.com
*Counsel for the Debtors and Debtors in Possession*

**KRISTIN K. MAYES**
**Attorney General**
**State of Arizona**

*/s/ Misty D. Guille*
Misty D. Guille *(admitted pro hac vice)*
Arizona SBN: 020830
Matthew T. Herlihy *(admitted pro hac vice)*
Arizona SBN: 029889
Assistant Attorneys General
Arizona Attorney General's Office
Transportation Section
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Tel: (602) 542-8856
Fax: (602) 542-3646
Email: transportation@azag.gov
Misty.Guille@azag.gov
Matthew.Herlihy@azag.gov
*Attorneys for Party in Interest*
*State of Arizona ex rel. Jennifer Toth, Director, Department of Transportation*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: */s/ Omar J. Alaniz*
Omar J. Alaniz