**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 1, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**, (2) via First-Class Mail on the list of parties attached hereto as **Exhibit B**, and (2) via email on the list of parties attached hereto as **Exhibit C**:

- Notice of Auction Results, Successful Bidders for Non-Bulk Sale [Docket No. 490]

Dated: October 7, 2026

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 7, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO COLLIN COUNTY TAX ASSESSOR/COLLECTOR | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, EMILY M. HAHN<br>1700 REDBUD BLVD<br>STE. 300<br>MCKINNEY TX 75069 | BANKRUPTCY@ABERNATHY-LAW.COM<br>EHAHN@ABERNATHY-LAW.COM | Email |
| COUNSEL TO APACHE HACIENDA, LP | ANDERSEN BEEDE WEISENMILLER | ATTN: RYAN A. ANDERSEN, MARK M. WEISENMILLER<br>3199 E. WARM SPRINGS RD.<br>STE. 400<br>LAS VEGAS NV 89120 | MARK@ABWFIRM.COM<br>RYAN@ABWFIRM.COM | Email |
| COUNSEL TO LIBERTY MUTUAL INSURANCE COMPANY | BAINS LAW PLLC | ATTN: BRANDON BAINS<br>P.O. BOX 1027<br>ALEDO TX 76008 | BRANDON@BAINSLAW.COM | Email |
| COUNSEL TO FRONTRUNNERS FAST HOLDING CO. LP, FRONTRUNNERS FAST – DFW I LLC, AND FRONTRUNNERS FAST – DFW II LLC | BELL NUNNALLY & MARTIN LLP | ATTN: TROY L. HALES<br>2323 ROSS AVENUE<br>SUITE 1900<br>DALLAS TX 75201 | THALES@BELLNUNNALLY.COM | Email |
| COUNSEL TO FREANEL AND SON GILBERT, LLC | BRIER & HUBBARD, P.L.C. | ATTN: ROBERT N. BRIER<br>6245 NORTH 24TH PARKWAY<br>SUITE 100<br>PHOENIX AZ 85016 | BBRIER@BHCRELAW.COM | Email |
| COUNSEL TO MSR FATE, LLC; MSR HIGLEY, LLC; DAVIDS ENTERPRISES-INDIAN SCHOOL, LLC | BURCH & CRACCHIOLO, P.A. | ATTN: ALAN A. MEDA<br>1850 N. CENTRAL AVE.<br>SUITE 1700<br>PHOENIX AX 85004 | AMEDA@BCATTORNEYS.COM | Email |
| COUNSEL TO EPC-CWNS B, LLC | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. | ATTN: MARK A. CASTILLO AND ROBERT C. ROWE<br>2200 ROSS AVENUE<br>SUITE 1800<br>DALLAS TX 75201 | MARKCASTILLO@CCSB.COM<br>RROWE@CCSB.COM | Email |
| COUNSEL TO 817 OKC, LLC | CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C. | ATTN: MARK D. SHERRILL<br>1200 SMITH STREET<br>SUITE 1400<br>HOUSTON TX 77002 | MARK.SHERRILL@CHAMBERLAINLAW.COM | Email |
| COUNSEL TO DBS PROPERTIES PARTNERSHIP, L.L.P., ANDI AND CHOPIN PROPERTY LLC, AND LIPT EAST SILVERADO RANCH, LLC | CLARK HILL PLC | ATTN: AUDREY L. HORNISHER, MADISON C. GEIGER<br>901 MAIN STREET<br>SUITE 6000<br>DALLAS TX 75202 | AHORNISHER@CLARKHILL.COM<br>MGEIGER@CLARKHILL.COM | Email |
| COUNSEL TO NORTHEAST 423/380 PADS LP | CONDON TOBIN SLADEK SPARKS NERENBERG, PLLC | ATTN: JEFF CARRUTH<br>8080 PARK LANE<br>SUITE 700<br>DALLAS TX 75231 | JCARRUTH@CONDONTOBIN.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| OTHER REGULATORY AGENCIES HAVING A REGULATORY OR STATUTORY INTEREST IN THESE CASES | DEPT OF AGRICULTURE | ATTN: LEGAL DEPARTMENT<br>1110 W. WASHINGTON ST., SUITE 450<br>PHOENIX AZ 85007 | | First-Class Mail |
| COUNSEL TO BELL ROAD AND LOOP 303 LLP | DICKINSON WRIGHT PLLC | ATTN: PAYNE KEINARTH<br>607 W. 3RD STREET<br>SUITE 2500<br>AUSTIN TX 78701 | PKEINARTH@DWLAW.COM | Email |
| COUNSEL TO SCOUT COLD STORAGE DALLAS, LP | DLA PIPER LLP (US) | ATTN: JAMES P. MUENKER<br>1900 NORTH PEARL STREET<br>SUITE 2200<br>DALLAS TX 75201 | JAMES.MUENKER@US.DLAPIPER.COM | Email |
| COUNSEL TO SCOUT COLD STORAGE DALLAS, LP | DLA PIPER LLP (US) | ATTN: STUART M. BROWN AND MATTHEW S. SARNA<br>1201 NORTH MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | STUART.BROWN@US.DLAPIPER.COM<br>MATTHEW.SARNA@US.DLAPIPER.COM | Email |
| COUNSEL TO PAS INVESTMENT GROUP LLC; GUISEPPE LLC; YAM WESTGATE, LLC | DORSEY & WHITNEY LLP | ATTN: NATHAN C. ELNER<br>200 CRESCENT COURT<br>SUITE 1600<br>DALLAS TX 75201 | ELNER.NATHAN@DORSEY.COM | Email |
| COUNSEL TO YAM WESTGATE, LLC | DORSEY & WHITNEY LLP | ATTN: NICOLE BRINDEJONC<br>2325 E. CAMELBACK ROAD<br>SUITE 900<br>PHOENIX AZ 85016 | BRINDEJONC.NICOLE@DORSEY.COM | Email |
| COUNSEL TO ATTC ENTERPRISES I, LP | DOW GOLUB REMELS & GILBREATH, PLLC | ATTN: DINESH H. SINGHAL<br>2700 POST OAK BLVD.<br>SUITE 1750<br>HOUSTON TX 77056 | SINGHAL@DOWGOLUB.COM | Email |
| COUNSEL TO KIYOSHI, LLC | DYER BREGMAN & FERRIS, PLLC | ATTN: CHUN WAI STEPHEN SO<br>3003 NORTH CENTRAL AVENUE<br>SUITE 2600<br>PHOENIX AZ 85012 | SSO@DBFAZLAW.COM | Email |
| COUNSEL TO MAUREEN PIERCE | FENNEMORE CRAIG, P.C. | ATTN: ANTHONY W. AUSTIN<br>2394 E. CAMELBACK RD.<br>STE 600<br>PHOENIX AX 85016-3429 | AAUSTIN@FENNEMORELAW.COM | Email |
| COUNSEL TO TWELVE BRIDGE CAPITAL, LLC | FISHEL LAW GROUP | ATTN: MICHAEL FISHEL<br>602 SAWYER<br>SUITE 400<br>HOUSTON TX 77007 | MICHAEL@FISHELLAWGROUP.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| OTHER REGULATORY AGENCIES HAVING A REGULATORY OR STATUTORY INTEREST IN THESE CASES | FOOD AND DRUG ADMINISTRATION | ATTN: LEGAL DEPARTMENT<br>6TH AND KIPLING ST.<br>DENVER CO 80225 | | First-Class Mail |
| COUNSEL TO BOERSMA BROS. LLC. | GREENBERG TRAURIG, LLP | ATTN: KARL D. BURRER<br>1000 LOUISIANA STREET<br>SUITE 6700<br>HOUSTON TX 77002 | BURRERK@GTLAW.COM | Email |
| COUNSEL TO BOERSMA BROS. LLC. | GREENBERG TRAURIG, LLP | ATTN: LEO MUCHNIK, BRIAN E. GREER, LIBBY RO<br>ONE VANDERBILT AVE<br>NEW YORK NY 10017 | MUCHNIKL@GTLAW.COM<br>GREERB@GTLAW.COM<br>LIBBY.RO@GTLAW.COM | Email |
| COUNSEL TO BOERSMA BROS. LLC. | GREENBERG TRAURIG, LLP | ATTN: RILEY LAGESEN<br>10260 SW GREENBURG ROAD, SUITE 400<br>PORTLAND OR 97223 | RILEY.LAGESEN@GTLAW.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | First-Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First-Class Mail |
| COUNSEL TO ANUVI, LLC | JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY, VICTORIA ARGEROPLOS<br>1401 MCKINNEY STREET<br>SUITE 1900<br>HOUSTON TX 77010 | BRUZINSKY@JW.COM<br>VARGEROPLOS@JW.COM | Email |
| COUNSEL TO MKAC INVESTMENTS, LLC | JAMES W. JENNINGS III, PLLC | ATTN: JAMES W. JENNINGS III<br>67 STONEWALL BEND<br>SAN ANTONIO TX 78256 | JAMESJENNINGSIII@GMAIL.COM | Email |
| COUNSEL TO ARCADIA COURT PARTNERS, LP | JONES WALKER LLP | ATTN: JOSEPH E. BAIN, SALOME A. RIVERA<br>811 MAIN STREET<br>SUITE 2900<br>HOUSTON TX 77002 | JBAIN@JONESWALKER.COM<br>SRIVERA@JONESWALKER.COM | Email |
| COUNSEL TO PERFORMANCE FOOD GROUP, INC. | KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, MAEGHAN J. MCLOUGHLIN, ANDREW J. MATOTT<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | JADAMS@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>MMCLOUGHLIN@KELLEYDRYE.COM<br>AMATOTT@KELLEYDRYE.COM | Email |
| COUNSEL TO ARCTRUST PHOENIX DST | KESSLER COLLINS, P.C. | ATTN: ANTHONY J. BARBIERI<br>500 N. AKARD STREET<br>SUITE 3700<br>DALLAS TX 75201 | ABARBIERI@KESSLERCOLLINS.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO BREW CULTURE LLC | KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: CHRISTOPHER T GRECO & ROSS J. FIEDLER<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CGRECO@KIRKLAND.COM<br>ROSS.FIEDLER@KIRKLAND.COM | Email |
| COUNSEL TO NEWBRUSH PROPERTIES LLC | LEWIS BRISBOIS BISGAARD & SMITH, LLP | ATTN: GUY R. MACAROL<br>24 GREENWAY PLAZA<br>SUITE 1400<br>HOUSTON TX 77046 | GUY.MACAROL@LEWISBRISBOIS.COM | Email |
| COUNSEL TO MCLENNAN COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO BEXAR COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER<br>112 E. PECAN STREET<br>SUITE 2200<br>SAN ANTONIO TX 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO TOWN OF FAIRVIEW, DALLAS COUNTY, PROSPER ISD, TARRANT COUNTY, TOWN OF PROSPER, ROCKWALL CAD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN K. TURNER<br>3500 MAPLE AVENUE<br>SUITE 800<br>DALLAS TX 75219 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO HARRIS CO ESD # 07, LONE STAR COLLEGE SYSTEM & HARRIS CO ESD # 11 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE “COMMITTEE”) | LOWENSTEIN SANDLER LLP | ATTN: JEFFREY COHEN, ERIC S. CHAFETZ, GIANFRANCO FINIZIO<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | JCOHEN@LOWENSTEIN.COM<br>ECHAFETZ@LOWENSTEIN.COM<br>GFINIZIO@LOWENSTEIN.COM | Email |
| OTHER REGULATORY AGENCIES HAVING A REGULATORY OR STATUTORY INTEREST IN THESE CASES | MARICOPA COUNTY HEALTH DEPARTMENT | ATTN: LEGAL DEPARTMENT<br>301 W. JEFFERSON ST.<br>PHOENIX AZ 85003 | | First-Class Mail |
| COUNSEL TO DENNIS JAMES | MARTIN P. ERAMO, A PROFESSIONAL LAW CORPORATION | ATTN: MARTIN P. ERAMU<br>34192 VIOLET LANTERN<br>SUITE 6<br>DANA POINT CA 92629 | MPERAMO@AOL.COM | Email |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, THE COUNTY OF GUADALUPE, TEXAS, AND CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JESSICA L. COUSINEAU<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269 | JESSICA.COUSINEAU@MVBALAW.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE “COMMITTEE”) | MCDERMOTT WILL & SCHULTE LLP | ATTN: CHARLES R. GIBBS<br>TEXAS TOWER<br>845 TEXAS AVENUE, SUITE 4000<br>HOUSTON TX 77002 | CRGIBBS@MCDERMOTTLAW.COM | Email |
| COUNSEL TO 7CREW ENTERPRISES, LLC | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY<br>500 N. AKARD STREET<br>SUITE 4000<br>DALLAS TX 75201-6659 | DPERRY@MUNSCH.COM | Email |
| COUNSEL TO A-S 104 TIMBERLAND TOWN CENTER, L.P., A-S 119 SPRING GREEN-FM 1463 PHASE 2, L.P., & A-S 125 MARKETPLACE AT NINETY-SIX, L.P. | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOHN D. CORNWELL & ALEXANDER R. PEREZ<br>700 MILAM ST.,<br>SUITE 800<br>HOUSTON TX 77002 | JCORNWELL@MUNSCH.COM<br>ARPEREZ@MUNSCH.COM | Email |
| COUNSEL TO BRC 4SHER, LLC | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOHN D. CORNWELL, MADELINE M. SCHMIDT<br>700 MILAM ST.<br>SUITE 800<br>HOUSTON TX 77002 | MSCHMIDT@MUNSCH.COM<br>JCORNWELL@MUNSCH.COM | Email |
| COUNSEL TO METROPLEX ACQUISITION FUND, LP, BROOKWILLOW WATAGUA LLC, BLUE DIAMOND DECATUR PLAZA, LLC | NACH, RODGERS, HILKERT & SANTILLI | ATTN: PAUL M. HILKERT<br>1220 E. OSBORN RD.<br>SUITE 101<br>PHOENIX AZ 85014 | PAUL.HILKERT@NRHSLAW.COM | Email |
| COUNSEL TO LJO PROPERTIES, LLC | OBERG LAW, APC | ATTN: DAVID LAWRENCE OBERG & MADISON BROOKE OBERG<br>8101 EAST KALIL DRIVE<br>SCOTTSDALE AZ 85260 | DAVID@OBERGLAWAPC.COM<br>MADISON@OBERGLAWAPC.COM | Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAYSON B. RUFF<br>515 RUSK STREET, SUITE 3516<br>HOUSTON TX 77002 | JAYSON.B.RUFF@USDOJ.GOV | Email |
| COUNSEL TO RUCIO INVESTMENT SARL | OKIN ADAMS BARTLETT CURRY LLP | ATTN: MATTHEW S. OKIN, EDWARD A. CLARKSON, KELLEY K. EDWARDS<br>1113 VINE STREET<br>SUITE 240<br>HOUSTON TX 77002 | MOKIN@OKINADAMS.COM<br>ECLARKSON@OKINADAMS.COM<br>KEDWARDS@OKINADAMS.COM | Email |
| COUNSEL TO CITY OF GARLAND, FRISCO ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REECE<br>1919 S. SHILOH RD.<br>SUITE 640, LB 40<br>GARLAND TX 75042 | LREECE@PBFCM.COM | Email |
| COUNSEL TO SPRING INDEPENDENT SCHOOL DISTRICT; MEADOWHILL REGIONAL MUNICIPAL UTILITY DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | REED SMITH LLP | ATTN: AMALIA SAX-BOLDER<br>1900 LAWRENCE STREET<br>SUITE 2800<br>DENVER CO 80202 | ASAXBOLDER@REEDSMITH.COM | Email |
| COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | REED SMITH LLP | ATTN: OMAR J. ALANIZ<br>2850 N. HARWOOD STREET<br>SUITE 1500<br>DALLAS TX 75201 | OALANIZ@REEDSMITH.COM | Email |
| COUNSEL TO LINCOLN STREET LLC, AS ASSIGNEE AND SUCCESSOR TO GC TUCKERTON-FRY ONE & 3915 BAKER LANE LLC; SAND HILL VENTURE, LLC | ROSENTHAL LAW FIRM, P.L.L.C. | ATTN: TRENT L. ROSENTHAL<br>675 BERING DR.<br>SUITE 150<br>HOUSTON TX 77057 | TROSENTHAL@ROSENTHALLAW.COM | Email |
| COUNSEL TO MIRY AND ZEEV RABINOVITCH FAMILY TRUST UNDER INSTRUMENT DATED NOVEMBER 14, 2003, (THE “RABINOVITCH FAMILY TRUST”) | ROSENTHAL LAW FIRM, P.L.L.C. | ATTN: TRENT L. ROSENTHAL<br>675 BERING DR.<br>SUITE 150<br>HOUSTON TX 77057 | TROSENTHAL@ROSENTHALLAW.COM | Email |
| COUNSEL TO DMA PROPERTIES, LLC | ROSS, BANKS, MAY, CRON & CAVIN, P.C. | ATTN: MARC DOUGLAS MYERS & JAMES V. LOMBARDI, III<br>7700 SAN FELIPE<br>STE 550<br>HOUSTON TX 77063 | MMYERS@ROSSBANKS.COM<br>JLOMBARDI@ROSSBANKS.COM | Email |
| COUNSEL TO 817 OKC, LLC | RUBENSTEIN & PITTS, PLLC | ATTN: LEIF E. SWEDLOW<br>1503 E. 19TH STREET<br>EDMOND OK 73013 | LSWEDLOW@OKLAWPARTNERS.COM | Email |
| COUNSEL TO PSF LLC, THE LANDLORD FOR SALAD AND GO - #1507 HOUSTON, TX | RYAN & DAWSON | ATTN: CARL ‘BO’ DAWSON<br>770 SOUTH POST OAK LANE<br>STE. 600<br>HOUSTON TX 77056 | CDAWSON@RDLAW.COM | Email |
| COUNSEL TO LOIS ZWEBEN AND PATRICK H. BITTER, AS TRUSTEE FOR THE PATRICK H. BITTER TRUST | SACKS TIERNEY P.A. | ATTN: PHILIP R. RUDD<br>4250 N. DRINKWATER BLVD.<br>4TH FLOOR<br>SCOTTSDALE AZ 85251-3693 | PHILIP.RUDD@SACKSTIERNEY.COM | Email |
| COUNSEL TO SAHARA 3D, LLC | SAUL EWING LLP | ATTN: RACHEL GONZALES<br>1888 CENTURY PARK EAST<br>SUITE 1500<br>LOS ANGELES CA 90067 | RACHAEL.GONZALES@SAUL.COM | Email |
| COUNSEL TO SAHARA 3D, LLC | SAUL EWING LLP | ATTN: SCOTT FLEISCHER<br>1270 AVENUE OF THE AMERICAS<br>SUITE 2800<br>NEW YORK NY 10020 | SCOTT.FLEISCHER@SAUL.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | ATTN: ERIC R. WERNER, REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | DFW@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO CL MAGNOLIA POINT TX LP, CL CYPRESS CREEK CORNER TX LP AND MCKINNEY 75 VIRGINIA, LLC | SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO<br>16200 ADDISON ROAD<br>SUITE 140<br>ADDISON TX 75001 | MSHRIRO@SINGERLEVICK.COM | Email |
| COUNSEL TO THE JOEY AND TIFFANY TO FAMILY TRUST DATED MAY 7, 2023 | SPENCER FANE, LLP | ATTN: MISTY A. SEGURA<br>3040 POST OAK BLVD<br>STE. 1400<br>HOUSTON TX 77056 | MSEGURA@SPENCERFANE.COM | Email |
| COUNSEL FOR ABART PROPERTIES 5555, LLC | SPENCER FANE, LLP | ATTN: MISTY A. SEGURA<br>3040 POST OAK BLVD<br>STE. 1400<br>HOUSTON TX 77056 | MSEGURA@SPENCERFANE.COM | Email |
| COUNSEL TO ARCTRUST PHOENIX DST | STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN & THOMAS S. ONDER<br>P.O. BOX 5315<br>PRINCETON NJ 08543 | JLEMKIN@STARK-STARK.COM<br>TONDER@STARK-STARK.COM | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>OLD SUPREME CT. BLDG.<br>100 N. CARSON ST.<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>300 W. 15TH STREET<br>AUSTIN TX 78701 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO HH-CASA GRANDE, LLC; HH-POCA FIESTA, LLC | STEVE BROWN & ASSOCIATES, LLC | ATTN: STEVEN J. BROWN<br>3241 EASTE SHEA BLVD.<br>SUITE 1, PMB 489<br>PHOENIX AZ 85028-3365 | SBROWN@SJBROWNLAW.COM | Email |
| COUNSEL TO SPACEDOG, LLC | THE CAVANAGH LAW FIRM P.A. | ATTN: RANDY NUSSBAUM, TODD TUGGLE P.A.<br>1850 N. CENTRAL AVE.<br>SUITE 1900<br>PHOENIX AZ 85004 | RNUSSBAUM@CAVANAGHLAW.COM<br>TTUGGLE@CAVANAGHLAW.COM | Email |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | ATTN: NICHOLAS J. GANJEI<br>1000 LOUISIANA, STE. 2300<br>HOUSTON TX 77002 | | First-Class Mail |
| COUNSEL TO DURANGO FOOD, LLC, 2325 E 71ST STREET LLC & 164TH & WESTERN LLC, HOPKINS WALNUT HILL PLAZA, LTD. | WINSTEAD PC | ATTN: ANNMARIE CHIARELLO<br>500 WINSTEAD BUILDING<br>2728 N. HARWOOD STREET<br>DALLAS TX 75201 | ACHIARELLO@WINSTEAD.COM | Email |

**Exhibit B**

Exhibit B

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 31576144 | 164TH & WESTERN LLC | PO BOX 100843 | | FORT WORTH | TX | 76185 | |
| 31576145 | 2325 E 71ST STREET LLC | 1000 FOREST PARK BLVD, SUITE 401 | | FORT WORTH | TX | 76110 | |
| 31572386 | 3450 N HIGLEY LLC | ATTN: DANNY WASSON | 3308 N HIGLEY RD | MESA | AZ | 85215 | |
| 31594645 | 355 Lebanon Road Frisco Texas, LLC | 275 Mitchell Road | | Chuckey | TN | 37641 | |
| 31594622 | 3915 Baker Lane, LLC | 5255 Longley Lane Suite 105 | | Reno | NV | 89511 | |
| 31594624 | 505, LLC | 500 L. ST. SUITE 100 | | ANCHORAGE | AK | 99501 | |
| 31594653 | 817 OKC, LLC | 556 8TH AVE. | | FORT WORTH | TX | 76104 | |
| 31569888 | 909 EAST BROADWAY LLC | 6218 N FEDERAL HIGHWAY | | FT. LAUDERDALE | FL | 33308 | |
| 31570014 | ANDI AND CHOPIN PROPERTY, LLC | 8201 MUNICH DRIVE | | ROWLETT | TX | 75089-3889 | |
| 31594643 | Anuvi, LLC | 1856 SILVERBELL TERRACE | | WESTON | FL | 33327 | |
| 31576160 | APACHE HACIENDA LP | 3019 WILSHIRE BLVD., #167 | | SANTA MONICA | CA | 90403 | |
| 31594627 | Arcadia Court Partners, LLC | 6400 S FIDDLERS GREEN CIRCLE, #1820 | | GREENWOOD VILLAGE | CO | 80111 | |
| 31576161 | ARCTRUST PHOENIX DST | 1401 BROAD STREET | | CLIFTON | NJ | 07013 | |
| 31569900 | A-S 104 TIMBERLAND TOWN CENTER, L.P. | 8827 W. SAM HOUSTON PARKWAY N. SUITE 200 | | HOUSTON | TX | 77040 | |
| 31569902 | A-S 125 MARKETPLACE AT NINETY-SIX, L.P. | 8827 W. SAM HOUSTON PARKWAY N. SUITE 200 | | HOUSTON | TX | 77040 | |
| 31570092 | ATTC ENTERPRISE I, LP - 1461 CAM | 5000 LYNWOOD DR | | PARKER | TX | 75002 | |
| 31594628 | Bell Road and Loop 303 LLP | 303 LLP 10218-111 Street NW | | Edmonton | AB | T5K 1K9 | Canada |
| 31576349 | BEYOND GOOD, LLC | 3615 LEXINGTON AVENUE | | DALLAS | TX | 75205 | |
| 31576168 | BK UNIVERSITY LTD | 3700 BUFFALO SPEEDWAY, STE 400 | | HOUSTON | TX | 77098 | |
| 31594635 | BP Bridges Partners, LLC | 20 E. Congress Suite 300 | | Tucson | AZ | 85701 | |
| 31570202 | BRIARWOOD ROWLETT LLC | 5956 SHERRY LANE SUITE 1250 | | DALLAS | TX | 75225 | |
| 31570203 | BRIARWOOD SOUTH SHORE, LLC | 5956 SHERRY LANE SUITE 1250 | | DALLAS | TX | 75225 | |
| 31570216 | BROOKWILLOW WATAUGA, LLC | 5500 GREENVILLE AVENUE SUITE 602 | | DALLAS | TX | 75206 | |
| 31594616 | Canyonview Properties LLC | 6640 Paiute Ct. | | Niwot | CO | 80503 | |
| 31570258 | CAROLE ANN LENIHAN TRUST OF 2011 | Address on File | | | | | |
| 31570262 | CARSON FAMILY REVOCABLE TRUST | Address on File | | | | | |
| 31576180 | CHIMERA LLC | PO BOX 554 | | LONGVIEW | WA | 98632 | |
| 31576181 | CJSM LEASING LLC | 23807 N 64TH AVE | | GLENDALE | AZ | 85310-3412 | |
| 31570407 | CL MAGNOLIA POINT TX LP | 3300 ENTERPRISE PARKWAY | | BEACHWOOD | OH | 44122 | |
| 31576182 | CNR TEXAS VENTURES, LLC | 6101 BOLLINGER CANYON ROAD, SUITE 321 | | SAN RAMON | CA | 94583 | |
| 31594636 | Dahlstrom Campbell Ft Lowell, LLC | 2102 NORTH COUNTRY CLUB ROAD #7 | | TUCSON | AZ | 85716 | |
| 31571455 | DANNEBERG, PARKER | Address on File | | | | | |
| 31594618 | Davis Enterprises-Indian School Plaza, L.L.C. | 5727 North 7th Street Suite 409 | | Phoenix | AZ | 85014 | |
| 31594630 | DBS Properties Partnership, L.L.P. | 1110 East Missouri Avenue Suite 700 | | Phoenix | AZ | 85014 | |
| 31594617 | Dennis James | Address on File | | | | | |
| 31594620 | Double Delta Arizona, LLC | POST OFFICE BOX 7959 | | CHANDLER | AZ | 85246-7959 | |
| 31570605 | DURANGO FOOD, LLC | 5350 WILSHIRE BLVD. SUITE 36159 | | LOS ANGELES | CA | 90036 | |
| 31594639 | East Campbell Rd., LLC | 117 Sturges Highway | | Westport | CT | 06880 | |
| 31570668 | EPIC EAST TOWNE CROSSING, L.P. | 16000 DALLAS PARKWAY SUITE 300 | | DALLAS | TX | 75248 | |
| 31570759 | FREANEL & SON GILBERT, LLC | 2500 SOUTH POWER ROAD SUITE 121 | | MESA | AZ | 85209 | |
| 31576202 | GEORGE & CYNTHIA BROWN | Address on File | | | | | |
| 31570798 | GERALD AND CHRISTINE NOLA 2005 FAMILY TRUST | Address on File | | | | | |
| 31576205 | GIUSEPPE LLC | 11427 E LA JUNTA RD | | SCOTTSDALE | AZ | 85255 | |
| 31576207 | GOLDEN HILL PROPERTIES LP | 3063 DALEN PLACE | | SAN DIEGO | CA | 92122 | |
| 31594646 | Grace Vine, LLC | 3024 GREENHILL DR. | | PLANO | TX | 75093 | |
| 31570847 | GREENS R GOOD, LLC | PO BOX 371330 | | LAS VEGAS | NV | 89137 | |
| 31594621 | GS Family Holdings AZ1, LLC | 13233 S. 35TH ST. | | PHOENIX | AZ | 85044 | |
| 31570882 | HEIGHTS SEASIDE LLC | 4205 EAST BROADWAY | | LONG BEACH | CA | 90803 | |
| 31570894 | HH-CASA GRANDE, LLC | 5050 NORTH 40TH STREET SUITE 3350 | | PHOENIX | AZ | 85018 | |
| 31570897 | HH-POCA FIESTA, LLC | 5050 N. 40TH STREET SUITE 350 | | PHOENIX | AZ | 85018 | |
| 31594633 | Hidden Willows, LP | 3880 S. BASCOM AVE 205 | | SAN JOSE | CA | 95124 | |
| 31576216 | HOPKINS WALNUT HILL PLAZA LTD | 7995 LBJ FREEWAY, STE 250 | | DALLAS | TX | 75251 | |
| 31570969 | IRAR TRUST FBO JAMES R LIGHT ACCT 3603200 | 100 PRINGLE AVE. SUITE 650 | | WALNUT CREEK | CA | 94596 | |
| 31594650 | IVT Encino Park San Antonio, LLC | 3025 Highland Parkway Suite 350 | | Downers Grove | IL | 60515 | |

Exhibit B

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 31576219 | J & A PROPERTIES INC | 3399 S. DURANGO DR., STE 105 | | LAS VEGAS | NV | 89117 | |
| 31570983 | JAHCO SPRING CREEK LLC | PO BOX 14586 | | OKLAHOMA CITY | OK | 73113 | |
| 31570996 | JEFFREY M. DANNER TRUST DATED 3/29/11 | Address on File | | | | | |
| 31576230 | KIYOSHI LLC | 4420 COFFEY COURT | | TROY | MI | 48098 | |
| 31570174 | KO, BOGYUNG | Address on File | | | | | |
| 31594637 | Kolb Slaw, LLC, and 8195 N. Oracle Road, LLC | 6009 Placita Pajaro | | Tucson | AZ | 85718 | |
| 31571100 | KUSHYNSKI FAMILY TRUST | Address on File | | | | | |
| 31571159 | LIPT EAST SILVERADO RANCH LLC | 333 WEST WACKER DRIVE SUITE 2300 | | CHICAGO | IL | 60606 | |
| 31594629 | LJO PROPERTIES LLC | 2222 Avenue of the Stars 804 | | Los Angeleds | CA | 90067 | |
| 31571166 | LLC LA CHOLLA/RIVER, LLC | 3610 N PRINCE VILLAGE PLACE SUITE 120 | | TUCSON | AZ | 85719-2099 | |
| 31570979 | LONG, JACOB F. | Address on File | | | | | |
| 31594652 | Lori G. Miller | Address on File | | | | | |
| 31576246 | MCKINNEY 75 VIRGINIA, LLC | 2707 CARRIAGE TRL | | MCKINNEY | TX | 75072 | |
| 31571262 | MESA SALAD, LLC | 10229 N. SCOTTSDALE RD. SUITE F | | SCOTTSDALE | AZ | 85253 | |
| 31571263 | MESA VILLA APARTMENTS AZ, LLC | 4140 SKYLINE ROAD | | CARLSBAD | CA | 92008 | |
| 31594613 | Miry and Zeev Rabinovitch Family Trust | Address on File | | | | | |
| 31571660 | MORELLI, ROBERT | Address on File | | | | | |
| 31594651 | NBC Crest Properties, LLC | 15309 FAIRVIEW FARM BLVD | | EDMOND | OK | 73013 | |
| 31571367 | NEWBRUSH PROPERTIES, LLC | 10940 WILSHIRE BOULEVARD SUITE 1960 | | LOS ANGELES | CA | 90024 | |
| 31571387 | NORTHEAST 423/380 PADS LP | 211 N. STADIUM BLVD STE. 201 | | COLUMBIA | MO | 65203 | |
| 31576259 | OLLIMAC LAND & CATTLE LP | PO BOX 68 | | HICKMAN | CA | 95323 | |
| 31594631 | PAS Investment Group LLC | 1101 E. WARNER ROAD #105 | | TEMPE | AZ | 85284 | |
| 31571464 | PATRICK H. BITTER TRUST | Address on File | | | | | |
| 31594619 | PF Metro Plaza LLC | 4156 SW MOORE STREET | | PALM CITY | FL | 34990 | |
| 31576265 | PROSPER YOUNGER LLC | 14643 DALLAS PKWY., STE. 950, LB#58 | | DALLAS | TX | 75254 | |
| 31572247 | QUARESMA, RICHARD | Address on File | | | | | |
| 31594644 | Retail Corners, LLC | 14228 Midway Road Suite 204 | | Dallas | TX | 75244 | |
| 31571642 | RICHARD J. FROEHLICH AND MICHELLE R. FROEHLICH | Address on File | | | | | |
| 31571650 | RITA SALAD LLC | 2102 N COUNTRY CLUB RD. #7 | | TUCSON | AZ | 85716 | |
| 31594655 | RJ Ventures – Indio, LLC | 10990 Wilshire Blvd. Suite 1000 | | Los Angeles | CA | 90027 | |
| 31576275 | RODDIMEYER III LLC | 7123 E BLUEBIRD LN | | PARADISE VALLEY | AZ | 85253 | |
| 31594634 | RWS2 LLC | 5365 S. LAVENDER CIR. | | GOLD CANYON | AZ | 85118 | |
| 31571704 | SAHARA 3D, LLC | 468 N. CAMDEN DRIVE SUITE 300 | | BEVERLY HILLS | CA | 90210 | |
| 31594638 | Sand Hill Venture, LLC | 8708 Spanish Ridge Avenue Suite 110 | | Las Vegas | NV | 89148 | |
| 31576285 | SEPMAR, LLC | 7408 E CAMELBACK RD | | SCOTTSDALE | AZ | 85251 | |
| 31594612 | Sherry Lauridson | Address on File | | | | | |
| 31594641 | Singel Property One LLC | 1528 TEAGUE AVE | | CLOVIS | CA | 93619 | |
| 31594615 | SJ Names, LLC | PO Box 2647 | | Grant's Pass | OR | 97528 | |
| 31594614 | Son and Sun Properties LLC | 23501 Park Sorrento Suite 102 | | Calabasas | CA | 91302 | |
| 31594625 | Sonic Development of AZ, LLC | 5725 NW 132 St. | | Oklahoma City | OK | 73142 | |
| 31576339 | SOUTHWEST GENERAL DEVELOPMENT LLC | 10229 N. SCOTTSDALE RD. | SUITE F | SCOTTSDALE | AZ | 85253 | |
| 31594626 | SpaceDog, LLC | 11 S. 12TH STREET #4120 | | PHOENIX | AZ | 85014 | |
| 31571823 | SPEEDWAY PANTANO SQUARE, LLC | 6298 E. GRANT ROAD STE 100 | | TUCSON | AZ | 85712 | |
| 31594654 | Srikarvichu OK LLC | ATTN: KIRAN CHITTOORI | 1607 QUAIL FOREST DR | COLLIERVILLE | TN | 38017 | |
| 31576293 | TDN PROPERTIES LLC | 14600 GOLDENWEST ST., STE 210 | | WESTMINSTER | CA | 92683 | |
| 31571953 | THE ARTINIAN FAMILY TRUST DTD 02/10/2009 | Address on File | | | | | |
| 31571963 | THE ELI VIGDERSON TRUST DATED NOVEMBER 13, 2012 | Address on File | | | | | |
| 31594632 | The Shoppes at Chandler Heights, LLC | 555 E. RIVER ROAD #201 | | TUCSON | AZ | 85704 | |
| 31594649 | Thomas E. Rothchild | Address on File | | | | | |
| 31572000 | TO, TIFFANY | Address on File | | | | | |
| 31594640 | Tony W. and Marva Brooks Family Trust | Address on File | | | | | |
| 31594642 | Town North Arlington Partners, LLC | 4809 Cole Avenue Suite 330 | | Dallas | TX | 75205 | |
| 31572070 | U-I ENTERPRISES, LLC | P.O. BOX 5233 | | SHERMAN OAKS | CA | 91413 | |
| 31594648 | Victory Retail Coppell, LLC | 2911 Turtle Creek Blvd. Suite 700 | | Dallas | TX | 75219 | |

Exhibit B

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 31572130 | VIKING POINT PROPERTIES, LLC | 47B OLD COUNTRY RD | | WESTHAMPTON | NY | 11977 | |
| 31594647 | W & H Real Estate Holdings LLC | 3315 LANCELOT DR | | DALLAS | TX | 75229 | |
| 31576307 | W&W PROPERTIES | 450 FALLOWFIELD LN | | WATSONVILLE | CA | 95076 | |
| 31576310 | WASSON HOLDINGS LLC | 1955 W BASELINE RD., STE 113 #539 | | MESA | AZ | 85202 | |
| 31571155 | WEBSTER, LINDA ANN | Address on File | | | | | |
| 31572187 | WF STONE CREEK LLC | 5500 GREENVILLE AVENUE SUITE 602 | | DALLAS | TX | 75206 | |
| 31594623 | Wilkie Special Family Trust | Address on File | | | | | |
| 31570267 | WOLFSON, CASSIA | Address on File | | | | | |
| 31572229 | YAM WESTGATE, LLC | 15750 N. NORTHSIGHT BOULEVARD | | SCOTTSDALE | AZ | 85260 | |
| 31571127 | ZIEGLER, LAURA ANN | Address on File | | | | | |

**Exhibit C**

# Exhibit C

| ADRID | NAME | EMAIL |
|---|---|---|
| 31572386 | 3450 N HIGLEY LLC | danny@wassoncc.com |
| 31576349 | BEYOND GOOD, LLC | g.good@me.com |
| 31594655 | RJ Ventures – Indio, LLC | STAN@ROTHBARTDEV.COM |
| 31594654 | Srikarvichu OK LLC | VICHUKIRAN@GMAIL.COM |
| 31572130 | VIKING POINT PROPERTIES, LLC | nick_olsson@yahoo.com |