# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Wednesday, October 14, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Omar | Alaniz | Reed Smith LLP | Debtors |
| Nathaniel | Allard | McDermott Will & Schulte LLP | Official Committee of Unsecured Creditors of And Go Concepts, LLC, et al. |
| Alex | Anderson | Reed Smith LLP | Debtors |
| Mark | Bogdanowicz | Spencer Fane LLP | The Joey and Tiffany To Family Trust dated May 7, 2023 |
| Ross | Fiedler | Kirkland & Ellis LLP | Brew Culture LLC |
| Michael | Fishel | Fishel Law Group | Twelve Bridge Capital LLC |
| Joshua | Gross | Mayer Brown, LLP | Swig Stores, LLC |
| Audrey | Hornisher | Clark Hill PLC | Andi and Choppin Property, LLC |
| Aida | Neimarlija | Swig Stores, LLC | Asset Purchaser |
| Trent | Rosenthal | Rosenthal Law Firm PLLC | Miry and Zeev Rabinovitch Family Trust, Location 1108 |
| Philip | Rudd | Sacks Tierney, PA | Lois Zweben |
| Jayson | Ruff | US DOJ | US Trustee |
| Amalia | Sax-Bolder | Reed Smith LLP | Debtors |
| Madeline | Schmidt | Munsch Hardt | A-S 104 Timberland Town Center, L.P., A-S 119 Spring Green-FM 1463 Phase 2, L.P.; and |
| Michelle | Shriro | Singer & Levick, PC | Greens R Good, LLC |
| Michelle | Shriro | Singer & Levick, PC | Srikarvichu OK. LLC |
| Parker | Smith | Swig Stores, LLC | Asset Purchaser |
| Leif | Swedlow | Rubenstein & Pitts PLLC | 817 OKC LLC (counsel) |