**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SET FOR CONTINUED HEARING ON OCTOBER 20, 2026, AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that a hearing to consider the following matter will be conducted on **October 20, 2026, at 9:00 A.M. (prevailing Central Time)** before the Honorable Alfredo R. Pérez at the Bob Casey United States Courthouse, 515 Rusk Avenue, Courtroom 400, Houston, Texas 77002:

**AGENDA MATTERS**

1. *Debtors' Emergency Motion for Entry of (I) an Amended Order (A) Approving Auctions and Bidding Procedures, (B) Scheduling Certain Dates and Deadlines, (C) Approving Stalking Horse Procedures, (D) Approving Abandonment and Disposition Procedures and (E) Approving the Form and Manner of Notice Thereof; (II) an Order (A) Authorizing the Non-Bulk Sale of the Assets Free and Clear of All Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Dkt. No. 196].

   Status: This matter is going forward.

Related Documents:

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**Matters Going Forward**

a. *HH-Poca Fiesta, LLC and HH-Casa Grande, LLC Objection and Reservation of Rights to Debtors' Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases and Proposed Cure Amounts for Stores 1107 & 1134 (Re: Docket Nos. 39, 240, 249 & 250)* [Dkt. Nos. 384, 516]

- *HH-Poca Fiesta, LLC and HH-Casa Grande, LLC Joint Witness and Exhibit List for Hearing on October 14, 2026* [Dkt. No. 542
- *HH-Poca Fiesta, LLC and HH-Casa Grande, LLC First Supplemental Exhibit List for Hearing on October 14, 2026* [Dkt. No. 589]

b. *Andi and Chopin Property, LLC's Objection to Adequate Assurance of Future Performance and Reservation of Rights* [Dkt. Nos., 344, 513]

- Motion to Seal [Dkt. No. 593]
- *Witness and Exhibit List* [Dkt. No. 592]

c. *Limited Objection of Singel Property One LLC to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* [Dkt. Nos. 357, 529]

- Motion to Seal [Dkt. No. 530]
- *Singel Property One LLC Witness and Exhibit List for Hearing on October 14, 2026 at 10:00 A.M. CT* [Dkt. No. 549]
- Motion to Seal [Dkt. No. 551]

d. *Beyond Good, LLC's Limited Objection and Reservation of Rights to Notice of Auction Results, Successful Bidders for Non-Bulk Sale* [Dkt. No. 510]

- *Beyond Good, LLC's Witness and Exhibit List for Hearing on October 20, 2026* [Dkt. No. 598]

e. *Objection to Sale and Adequate Assurance of Future Performance With Respect to Store No. 1451* [Dkt. No. 535]

- *CNR Texas Ventures LLC's Witness and Exhibit List for Hearing on October 14, 2026 at 10:00 A.M. (Central Time)* [Dkt. No. 550]

f. *Debtors' Witness and Exhibit List for Hearing on October 14, 2026* [Dkt. No. 537]

- Motion to Seal [Dkt. No. 538]
- *Sealed Debtors' Witness and Exhibit List for Hearing on October 14, 2026* [Dkt. No. 601]

g. *Debtors' Amended Second Witness and Exhibit List for Hearing on October 14, 2026* [Dkt. No. 561]

  - Motion to Seal [Dkt. No. 558]
  - *Sealed Debtors' Amended Second Witness and Exhibit List for Hearing on October 14, 2026* [Dkt. No. 568]

h. *Debtors' Third Witness and Exhibit List For Hearing on October 14, 2026* [Dkt. No. 570]

i. *Debtors' Fourth Witness and Exhibit List For Continued Hearing on October 20, 2026* [Dkt. No. 596]

j. *Debtors' Fifth Witness and Exhibit List For Continued Hearing on October 20, 2026* [Dkt. No. 603]

k. *Debtors' Memorandum of Law in Support of Entry of an Order (I) Approving the Sale of the Non-Bulk Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith; and (III) Granting Related Relief* [Dkt. No. 602]

**Matters Continued to October 27, 2026**

a. *Limited Objection and Reservation of Rights to Debtors' Notice of Auction Results, Successful Bidders for Non-Bulk Sale (SWIG)* [Dkt. No. 508][2]

**Electronic Appearances**

You may participate in the hearing by an audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility by dialing the Court's regular dial-in telephone number **(832) 917-1510** and entering conference code **282694**. Video Participation is available by use of the GoToMeeting Platform. Connect via the GoToMeeting application or click the link on Judge Pérez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "JudgePerez". Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

[2] Counsel has requested this setting to hear this objection during the last week of October due to travel constraints.

Attorneys, witnesses, and parties-in-interest wishing to participate in the Hearing must connect by audio communication. Any person who wishes to attend the Hearing may also dial in to the audio conference dial-in number. Each person who speaks at the Hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

Any exhibit offered by the Debtors will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtors. If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2. Witnesses may also appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the Hearing.

Dated: October 19, 2026
Houston, Texas

Respectfully submitted,

*/s/ Omar J. Alaniz*

**REED SMITH LLP**
Omar J. Alaniz (24040402)
Haley B. Bray (24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
hbray@reedsmith.com

**REED SMITH LLP**
Amalia Y. Sax-Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Counsel for Debtors and*
*Debtors in Possession*