United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**STIPULATION AND AGREED ORDER**
**<u>REGARDING REJECTION OF LEASE, LOCATION NO. 1902</u>**

**DOTTE ENTERPRISES, LLC** ("<u>Landlord</u>"), a landlord, creditor, and party in interest, and **AND GO CONCEPTS, LLC, *et al.*** ("<u>Debtors</u>"), the above-captioned debtors in the chapter 11 case pending in the United States Bankruptcy Court for the Southern District of Texas, by and through their undersigned counsel, hereby submit this Stipulation and Agreed Order regarding the rejection of the lease at Location No. 1902:

**WHEREAS**, the Debtors and Landlord are parties to that certain Ground Lease dated August 12, 2021 (the "<u>Lease</u>"), for the following Leased Premises ("<u>Leased Premises</u>"):

> That certain real property located west of the southwest corner of Craig Road and Arcata Way in North Las Vegas, NV, commonly known as 1135 E.Craig Road, North Las Vegas, NV 89030comprising approximately 27,978 square feet of land, which is currently Assessor Parcel Number 139-02-311-005, and known by the Debtors as Location No. 1902.

**WHEREAS**, Landlord requested that the Debtors immediately reject the Lease due to exigent circumstances facing Landlord, and the Debtors agreed to file a Notice of Rejection with respect to the Lease and to otherwise promptly reject the Lease; and

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**WHEREAS**, to avoid any delay in the rejection of the Lease (including the 21-day notice period required under the Notice of Rejection), the Debtors agreed to the immediate rejection of the Lease.

**IT IS THEREFORE** Stipulated and Agreed that:

1. The Debtors hereby reject the Lease pursuant to 11 U.S.C. § 365, and the Lease is rejected as of October 31, 2026 (the "Rejection Date").

2. The Debtors hereby surrender possession of the Leased Premises to Landlord and possession shall be deemed delivered to Landlord as of the entry of an order ("Order") approving this Stipulation and Order by the Court.

3. Any personal property of the Debtors remaining at the Leased Premises after the Rejection Date shall be deemed abandoned pursuant to 11 U.S.C. § 554.

4. Within five (5) business days following entry of the Order approving this Stipulation and Order by the Court, the Debtors shall pay Landlord an amount equal to either $100,000.00 (if the Order is entered prior to November 3, 2026) or $110,000.00 (if the Order is entered after November 3, 2026 but prior to December 1, 2026) ("Payment").

5. Upon (i) the entry of the Order and (ii) Landlord's timely receipt of the Payment, Landlord shall, and does hereby, waive, release, and discharge the Debtors from any and all claims arising under the Lease, including, without limitation, any potential administrative priority claim and Landlord's claim in the amount of $430,267.00 filed as claim number 186. For the avoidance of doubt, Landlord forever waives any right to assert, file, or submit a claim for damages arising out of the rejection of the Lease. This paragraph shall be void if Debtors have not tendered the Payment within three (3) business days following the entry of the Order. Payment shall be made by wire transfer if wire instructions have been provided to Debtors' counsel.

6. Upon the entry of the Order, Debtors shall, and do hereby, waive, release, and discharge Landlord from any and all claims arising under the Lease, including, without limitation any right to assert, file, or submit a claim for damages arising out of or related to the Lease or Leased Premises.

7. If any proceeding is brought to recover all or any portion of the Payment, then Landlord's release of Debtors under this Stipulation and Order shall be of no force or effect, and Landlord shall be permitted to pursue any and all rights or claims against Debtors.

8. Notwithstanding entry of this Stipulation and Order, nothing herein shall create, nor is intended to create any rights in favor of or enhance the status of any claim held by Landlord or any other party.

9. Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Stipulation and Order shall be immediately effective and enforceable upon its entry not later than November 30, 2026. In the event that the Court does not enter an order approving this Stipulation and Order by November 30, 2026, this Stipulation shall be null and void.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation and Order.

*[Signatures on following page]*

Respectfully submitted this 20th day of October, 2026.

ADELMAN LAW ADVISORS

*/s/ Jeffrey S. Adelman*
JEFFREY S. ADELMAN
SBN: 156052
16000 Ventura Blvd.,
Suite 1000
Encino, CA 914356
Telephone: (818) 386-9390
Email: jadelman@lallp.com

**COUNSEL FOR DOTTE ENTERPRISES, LLC**

REED SMITH LLP

*/s/ Omar J. Alaniz*
OMAR J. ALANIZ
SBN: 24040402
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
Email: OAlaniz@reedsmith.com

**COUNSEL FOR AND GO CONCEPTS, LLC**

**AGREED ORDER**

It is so ORDERED that the above Stipulation is APPROVED, and the Debtors' rejection of the Lease is approved.

Signed: October 21, 2026

Alfredo R Pérez
United States Bankruptcy Judge