**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**STIPULATION AND AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY STRICTLY TO ALLOW LIQUIDATION OF INSURANCE PROCEEDS (RELATING TO CLAIMANT GEORGE O'BRIEN)**

This Stipulation is entered into by and between And Go Concepts, LLC (the "Debtor") and George O'Brien ("Movant" and together with the Debtor the "Parties"), a pro se personal injury claimant, by and through their respective counsel or appearing pro se

**WHEREAS**, on August 4, 2026, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas.

**WHEREAS**, prior to the petition date, Movant filed a personal injury action against the Debtor in the Superior Court of Arizona, Maricopa County, styled *George O'Brien v. And Go Concepts, LLC, et al.*, Case No. CV2023-096113 (the "Arizona State Court Action").

**WHEREAS**, per the Scheduling Order the discovery phase in the Arizona State Court Action was completed on February 3, 2026, and the matter is at the cusp of scheduling pre-trial hearings and a trial date before the Hon. Adam Driggs.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**WHEREAS**, the Debtor maintains pre-petition liability insurance coverage through AMCO Insurance Company under Primary Policy No. ACP GLAO 3100183226 and Commercial Umbrella Policy No. ACP CAA 3100183226, which are actively funding the defense of the Arizona State Court Action.

**WHEREAS**, the parties desire to make a limited modification to the automatic stay to allow the Arizona State Court Action to proceed to final judgment, subject to the conditions set forth below.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The above recitals are incorporated by reference into this Stipulation with the same force and effect as if fully set forth herein.

2. The automatic stay in effect in these chapter 11 cases pursuant to 11 U.S.C. § 362(a) is modified strictly to the extent necessary to permit Movant to proceed with the Arizona State Court Action.

3. The Arizona State Court Action may proceed through trial, judgment, or liquidation. However, any recovery, enforcement, collection, or execution of any resulting judgment, award, or settlement by Movant shall be strictly limited to the available proceeds of the Debtor's pre-petition primary and umbrella liability insurance policies issued by AMCO Insurance Company (Nationwide Mutual Insurance Company) under Policy Nos. ACP GLAO 3100183226 and ACP CAA 3100183226.

4. Movant explicitly and irrevocably waives any right to execute, collect, levy, or otherwise enforce any portion of any judgment, award, or settlement resulting from the Arizona State Court Action—including any non-covered punitive or exemplary damages—against And Go Concepts, LLC and its debtor affiliates in the chapter 11 cases being jointly administered under

Case No. 26-90753, their bankruptcy estates, their corporate assets, or any distributions made under an applicable Chapter 11 plan of liquidation or reorganization.

5. Upon entry of this Order proof of claim 181 (the "Proof of Claim") filed by the Movant on October 13, 2026, shall be deemed withdrawn without further action by either of the Parties and the Debtors' claims and balloting agent is directed to mark the Proof of Claim as withdrawn.

6. The 14-day stay of enforcement of this Order provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and this Order shall be effective immediately upon its entry on the Court's docket.

7. This Court retains exclusive jurisdiction to hear and resolve all matters or disputes arising from or related to the implementation, interpretation, or enforcement of this Order.

THE FOREGOING STIPULATION IS SO ORDERED

SIGNED this _____ day of __________________, 2026.

___________________________________
THE HONORABLE ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE

/s/ Omar J. Alaniz

Omar J. Alaniz, Esq.
**Reed Smith LLP**
2850 N. Harwood St., Ste. 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
Email: oalaniz@reedsmith.com
*Counsel for the Debtors and Debtors in Possession*

/s/ George O'Brien

George O'Brien, Movant Pro Se
714 N. Meadowlark Lane
Chandler, AZ 85226-1818