# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ

## Friday, October 30, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Omar | Alaniz | Reed Smith LLP | Debtors |
| Charles | Gibbs | McDermott Will & Schulte LLP | Official Committee of Unsecured Creditors of And Go Concepts, LLC, et al. |
| Joshua | Gross | Mayer Brown LLP | Swig Stores, LLC |
| Kelly | Moynihan | Lowenstein Sandler LLP | Official Committee of Unsecured Creditors |
| Amalia | Sax-Bolder | Reed Smith LLP | Debtors |
| Sean | Scott | Mayer Brown, LLP | Swig Stores, LLC |