**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**NOTICE OF REJECTION OF UNEXPIRED LEASE FOR STORE NO. 1201**

**PLEASE TAKE NOTICE** that on August 4, 2026, and August 5, 2026 (collectively, the "**Petition Date**"), And Go Concepts, LLC, and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each commenced with the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that on September 28, 2026, the Court entered an order (the "**Order**"),[2] approving, among other things, procedures for the rejection of executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors hereby provide notice (this "**Notice**") of their intent to reject the unexpired lease included on **Schedule A** to the proposed order attached hereto (the "**Agreement**"). Unless an objection is timely filed and served as set forth below, the Agreement will be deemed rejected, pursuant to sections 363 and 365(a) of the Bankruptcy Code, effective as of November 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to this Notice must be filed and served so that such objection is filed with the Court and actually received by the following parties no later than fourteen (14) days after the date of filing of this Notice (the "**Rejection Objection Deadline**"): (i) counsel to the Debtors, Reed Smith LLP, 2850 N. Harwood Street, Suite 1500, Dallas, TX 75201, Attn: Omar J. Alaniz (oalaniz@reedsmith.com); and (ii) the Office of the United States Trustee for the Southern District of Texas. Each Objection must state, with specificity, the legal and factual grounds for objection to the proposed rejection of the Agreement.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

[2] Capitalized terms that are used but not defined herein shall have the meanings given to them in the Order.

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed and served in compliance with the foregoing, then after the Rejection Objection Deadline, the Debtors may file a certificate of no objection with the Court, and the Court may enter an order approving the rejection of the Agreement without a hearing. If an objection to this Notice is properly filed and served in compliance with the foregoing, a hearing will be scheduled to consider the objection. If the objection is overruled or withdrawn, the effective date of rejection shall be (i) the Rejection Date; (ii) such other date to which the Debtors and the counterparty to the objection have agreed; or (iii) such other date as determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the deadline to file a proof of claim to assert any claim arising from the rejection of the Agreement shall be the later of (i) the deadline for filing proofs of claims established by this Court in these Chapter 11 Cases and (ii) thirty (30) days after the later of (a) the entry of the applicable order approving the rejection and (b) November 1, 2026. If a proof of claim is not timely filed, such claimant shall not be treated as a creditor with respect to such claims for voting on any chapter 11 plan in these Chapter 11 Cases and shall be forever barred from asserting claims for rejection damages and from participating in any distributions made in connection with these Chapter 11 Cases on account of such rejection damages.

**PLEASE TAKE FURTHER NOTICE** that a copy of all pleadings filed in these Chapter 11 Cases, including the Order [Dkt. No. 459], is available for free at https://restructuring.ra.kroll.com/AndGoConcepts or for a fee via PACER at https://ecf.txsb.uscourts.gov/.

Dated: November 2, 2026
Houston, Texas

Respectfully submitted,

*<u>/s/ Omar J. Alaniz</u>*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com

**REED SMITH LLP**
Amalia Sax-Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Counsel for Debtors and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on November 2, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served on the Notice Parties as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

*<u>/s/ Omar J. Alaniz</u>*
Omar J. Alaniz