United States Bankruptcy Court
Southern District of Texas
ENTERED
November 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **And Go Concepts, LLC, *et al.*,** | § | **Case No. 26-90753 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**STIPULATION AND AGREED ORDER
REGARDING REJECTION OF LEASE, LOCATION NO. 1462**

**RICHARD J. QUARESMA** ("Landlord"), a landlord, creditor, and party in interest, and **AND GO CONCEPTS, LLC, *et al.*** ("Debtors"), the above-captioned debtors in the chapter 11 case pending in the United States Bankruptcy Court for the Southern District of Texas, by and through their undersigned counsel, hereby submit this Stipulation and Agreed Order regarding the rejection of the lease at Location No. 1462:

**WHEREAS**, the Debtors and Landlord are parties to that certain Ground Lease dated April 13, 2023 (the "Lease"), for the following Leased Premises ("Leased Premises"):

> That certain real property located in the City of Euless, State of Texas, containing approximately .896 acres, as more particularly described in the Lease, and known by the Debtors as Location No. 1462

**WHEREAS**, Landlord requested that the Debtors immediately reject the Lease due to exigent circumstances facing Landlord, and the Debtors agreed to file a Notice of Rejection with respect to the Lease and to otherwise promptly reject the Lease; and

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are And Go Concepts, LLC (4415); SAG Corporate Services LLC (0810); AGC-Arizona Facilities, LLC (7507); AGC-North Texas Facilities, LLC (7091); Garland New Market LLC (6838); AGC Topco, LLC (6845); and AGC Holdco, LLC (0294). The location of the Debtors' service address for purposes of these chapter 11 cases is 909 E. Broadway Road, Tempe, AZ 85282. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/AndGoConcepts.

**WHEREAS**, to avoid any delay in the rejection of the Lease (including the 21-day notice period required under the Notice of Rejection), the Debtors agreed to the immediate rejection of the Lease.

**IT IS THEREFORE** Stipulated and Agreed that:

1. The Debtors hereby reject the Lease pursuant to 11 U.S.C. § 365, and the Lease is rejected as of October 31, 2026 (the "Rejection Date").

2. The Debtors shall surrender possession of the Leased Premises to Landlord, within five (5) business days following entry of an order approving this Stipulation and Agreed Order by the Court (the "Surrender Date"), in broom clean condition.

3. Any personal property of the Debtors remaining at the Leased Premises after the Surrender Date shall be deemed abandoned pursuant to 11 U.S.C. § 554.

4. Within five (5) business days following entry of an order approving this Stipulation and Agreed Order by the Court, the Debtors shall pay Landlord an amount equal to $187,000.00 ("Rejection Payment"). Upon Landlord's receipt of the Rejection Payment in finally collected funds, such payment shall be final, irrevocable, and nonrefundable and shall not be subject to avoidance, recovery, disgorgement, recharacterization, or other return to the Debtors, their estates, or any subsequently appointed trustee or estate representative, including under 11 U.S.C. §§ 549 and 550. No provision of this Stipulation and Order shall be construed as preserving any right to challenge or recover the Rejection Payment.

5. Upon approval of this Stipulation and Agreed Order by the Court and Landlord's actual receipt of the full Rejection Payment, Landlord shall, and does hereby, waive, release, and discharge the Debtors from any and all claims arising under the Lease or otherwise, including, without limitation, any potential administrative priority claim, and Landlord shall not file a proof of

claim in this case. For the avoidance of doubt, Landlord forever waives any right to assert, file, or submit a claim for damages arising out of the rejection of the Lease.

6. Reservation of Rights: Except for the rights and obligations expressly established by this Stipulation and Order, including the Debtors' obligation to make the Rejection Payment,, nothing in this Stipulation and Order shall constitute (a) an admission as to the validity of any claim against the Debtors; (b) a waiver of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim; (c) a promise or requirement to pay any claim; or (d) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

7. Any Memorandum of Lease filed in the real property records of Tarrant County, Texas or any other county shall be deemed null and void, and of no further force and effect.

8. No Enhancement of Claims: Notwithstanding entry of this Stipulation and Order, nothing herein shall create, nor is intended to create any rights in favor of or enhance the status of any claim held by Landlord or any other party.

9. Immediate Effectiveness: Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Stipulation and Order shall be immediately effective and enforceable upon its entry.

10. Retention of Jurisdiction: This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation and Order.

Respectfully submitted this 2nd day of November, 2026.

<u>*/s/ Richard J. Quaresma*</u>
RICHARD J. QUARESMA

REED SMITH LLP

<u>*/s/ Omar J. Alaniz*</u>
OMAR J. ALANIZ
SBN: 24040402
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
Email: OAlaniz@reedsmith.com
**COUNSEL FOR AND GO CONCEPTS, LLC**

**AGREED ORDER**

It is so ORDERED that the above Stipulation is APPROVED, and the Debtors' rejection of the Lease is approved.

Signed: November 04, 2026

Alfredo R Pérez
United States Bankruptcy Judge